# Exhibit A

## ALABAMA LAW ENFORCEMENT AGENCY

Revised Date: 07-01-2015             Driver License Policy Order No 63

Source: Legal Unit

### SUBJECT: CHANGING SEX ON A DRIVER LICENSE DUE TO GENDER REASSIGNMENT

It is the policy of the Chief of the Driver License Division that an individual wishing to have the sex changed on their Alabama driver license due to gender reassignment surgery are required to submit to an Examining office OR the Medical Unit the following:

1. An amended state certified birth certificate and/or a letter from the physician that performed the reassignment procedure. The letter must be on the physician's letterhead.

IF THE INDIVIDUAL INITIALLY REPORTS TO AN EXAM OFFICE FOR THE GENDER CHANGE:

1. The examiner is to review the document(s) presented for authenticity and contact the medical unit in order to make the necessary system change.
2. If a physician letter is presented, there is no need to contact the physician unless there is some doubt as to the authenticity of the letter. Many of the surgeries are performed in other countries.
3. After the system changes are completed, the examiner will then scan the documents presented into the driver record, and issue the person a corrected
duplicate license (if not renewal time) for the duplicate fee.
4. The documents presented are to be given back to the applicant.

IF THE REQUEST IS MAILED TO THE MEDICAL UNIT: The medical unit will:

1. Review the document(s) for authenticity. The letter does NOT have to be submitted by the physician's office, the subject may send it in.
2. Make the necessary system updates (changing gender) and place a comment referencing the changes in the driver history.
3. The document(s) presented will be mailed back to the subject along with a letter informing the subject they can obtain a duplicate online or by visiting an ALEA or probate/license office.
4. The letter to the subject and the document(s) presented are to be scanned into the driver history.