IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

RECEIVED
FEB - 6 2018
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DARCY CORBITT, DESTINY CLARK, JOHN DOE,

Plaintiff,

v.   CASE NO. 2:18-cv-91

HAL TAYLOR, CHARLES WARD, ET AL,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _DARCY CORBITT_, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

__Reportable Entity__          __Relationship to Party__

_____          _____

_____          _____

_____          _____

2/6/2018
Date

(Signature)

**Brock Boone**
(Counsel's Name)

Darcy Corbitt, Destiny Clark, John Doe
Counsel for (print names of all parties)

P.O. Box 6179
Montgomery, AL 36106-0179
Address, City, State Zip Code

(334) 265-2754
Telephone Number