UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, DESTINY CLARK, and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency; Colonel CHARLES WARD, in his official capacity as Director of the Department of Public Safety; DEENA PREGNO, in her official capacity as Chief of the Driver License Division, and JEANNIE EASTMAN, in her official capacity as Driver License Supervisor in the Driver License Division, <br><br> Defendant. | CIVIL ACTION NO. <br> 2:18-cv-00091-MHT-GMB <br><br> **MOTION TO APPEAR** <br> *PRO HAC VICE* |

Pursuant to Local Rule 83.1(b) of the Local Civil Rules of the United States District Court for the Middle District of Alabama, Brock Boone, a member of this Court, moves this Court for his co-counsel, Rose Saxe of the American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, New York 10004, 212-549-2605, rsaxe@aclu.org, to appear in this case *pro hac vice* on behalf of the Plaintiffs in the above-captioned case only. In support, Mr. Boone states as follows:

1.  Rose Saxe is not admitted to practice in the U.S. District Court for the Middle District of Alabama. Ms. Saxe regularly practices law in the state of New York. She is a member in good standing of the New York state bar and the United States District Court for the Southern District of New York, and for the United States District Court for the Eastern District of New York.

2. Mr. Boone is an attorney with ACLU of Alabama Foundation, Inc., P.O. Box 6179, Montgomery, Alabama 36106-0179, 334-420-1747, bboone@aclualabama.org, and is admitted to practice before the United States District Court for the Middle District of Alabama.

3. In accordance with the local rules of this Court, Ms. Saxe has made payment of this Court's $50 admission fee.

4. Ms. Saxe agrees to submit to and to comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with her *pro hac vice* representation in this case.

WHEREFORE, Brock Boone moves this Court to enter the attached Order for Rose Saxe to appear before this Court on behalf of all Plaintiffs in this case.

Date: February 9, 2018

Respectfully submitted,

s/Brock Boone
_____

Brock Boone
ASB-2864-L11E
ACLU Foundation of Alabama, Inc.
P.O. Box 6179
Montgomery, AL 36106-0179
bboone@aclualabama.org
(334) 420-1747