# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, DESTINY CLARK, and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency; Colonel CHARLES WARD, in his official capacity as Director of the Department of Public Safety; DEENA PREGNO, in her official capacity as Chief of the Driver License Division, and JEANNIE EASTMAN, in her official capacity as Driver License Supervisor in the Driver License Division, <br><br> Defendant. | CIVIL ACTION NO. 2:18-cv-00091-MHT-GMB <br><br> **[PROPOSED] ORDER** |

IT IS HEREBY ORDERED that Motion for Admission *Pro Hac Vice* of Rose Saxe is GRANTED.

_____
U.S. District Court Judge Myron H. Thompson

_____
Date