CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**ROSE ANN SAXE**, Bar # **RS0463**

was duly admitted to practice in this Court on

**DECEMBER 11, 2003**, and is in good standing as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York        on        **FEBRUARY 5, 2018**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk