```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602048304
Cashier ID: estrong
Transaction Date: 02/09/2018
Payer Name: ACLU OF ALABAMA FOUNDATION
----------------------------------------
PRO HAC VICE
 For: ROSE ANN SAXE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 9727
 Amt Tendered:   $50.00
----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```

phv

2:18-cv-00091-MHT-GMB

Corbitt et al v. Taylor et al