IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARCY CORBITT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv91-MHT |
| | ) | |
| HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency, et al., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the plaintiffs' motion for pro hace vice admission of Rose Saxe (doc. no. 6) is granted.

DONE, this the 9th day of February, 2018.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE