IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>HAL TAYLOR, in his )<br>official capacity as )<br>Secretary of the Alabama )<br>Law Enforcement Agency, )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv91-MHT<br>(WO) |

ORDER

It is ORDERED that plaintiff John Doe's motion for leave to proceed under a pseudonym and for a protective order (doc. no. 2) is granted, with leave for each defendant to object within 10 business days after he or she first appears. *See Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992) (noting transgender status as one paradigmatic circumstance for which courts have allowed anonymous pleading) (citing *Doe v. McConn*, 489 F. Supp.

76 (S.D. Tex. 1980)); *see also Doe v. Megless*, 654 F.3d 404, 408 (3d Cir. 2011) (same).

DONE, this the 26th day of February, 2018.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE