**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| DARCY CORBITT, DESTINY CLARK, and JOHN DOE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:18-cv-00091-MHT-GMB |
| HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency; Colonel CHARLES WARD, in his official capacity as Director of the Department of Public Safety; DEENA PREGNO, in her official capacity as Chief of the Driver License Division, and JEANNIE EASTMAN, in her official capacity as Driver License Supervisor in the Driver License Division, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO COURT ORDER REGARDING
PLAINTIFF JOHN DOE'S MOTION FOR
LEAVE TO PROCEED UNDER A PSEUDONYM**

On February 26, 2018, the Court entered an order granting plaintiff John Doe's Motion for Leave to Proceed under a Pseudonym and giving defendants leave to file any objection within 10 business days of their appearance. (Doc. 10.) Defendants respond that they have no objection to the Court granting plaintiff John Doe's motion to proceed under a pseudonym given that he agrees to respond to appropriate discovery requests so long as any unredacted documents containing his name or other personal identifiers be filed under seal. Defendants state that any

briefs they submit in this case will refer to plaintiff Doe by this pseudonym and will refrain from stating any facts that would result in disclosing the identity of plaintiff Doe. Defense counsel have met with plaintiffs' counsel, and the parties believe that pleadings and briefs in support of their respective legal claims and defenses can and should remain unsealed.

Respectfully submitted,

Steve Marshall
  *Attorney General*

By:

/s Brad A. Chynoweth
Brad A. Chynoweth  (ASB-0030-S63K)
Winfield J. Sinclair  (ASB-1750-S81W)
  *Assistant Attorneys General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8440 (fax)
bchynoweth@ago.state.al.us
wsinclair@ago.state.al.us

**Counsel for Defendants**

**CERTIFICATE OF SERVICE**

I certify that on February 28, 2018, I filed the foregoing electronically using the Court's CM/ECF system, which will serve all counsel of record.

/s Brad A. Chynoweth
Counsel for Defendants