**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DARCY CORBITT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-91-MHT-GMB |
| ) | |
| **HAL TAYLOR, et al.,** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully submit the following exhibits in support of their contemporaneously filed motion for summary judgment.

1. Deposition of Destiny Clark
2. Deposition of Darcy Corbitt
3. Deposition of Jane Doe (UNDER SEAL)
4. Deposition of Jeannie Eastman
5. Deposition of Deena Pregno
6. Deposition of Jerrolynn Spencer
7. Deposition of Diane Woodruff
8. Deposition of Ryan Nicholas Gorton, M.D.
9. Deposition of Donald Leach, Ph.D.
10. Deposition Exhibits PX1 – PX44.
    a. Exhibits PX11 – PX13; PX15 – PX21; PX24 – PX30 (UNDER SEAL)
11. Deposition Exhibits DX1 – DX4; DX6 – DX15; DX27; EX1 – EX4

    a. Exhibits DX16 – 26 (UNDER SEAL)

12. Plaintiffs' Responses to Defendants' Requests for Admission to Plaintiffs

13. Plaintiffs Answers to Defendants' First Interrogatories to Plaintiffs

14. Plaintiffs' Supplemental Response to Defendants' First Interrogatories to Plaintiffs

15. Defendants' Answers to Plaintiffs' First Set of Interrogatories

16. Medical Records of Nonparties Who Obtained Changes to Sex on Alabama Driver Licenses Bates Labeled D1138-1250 (UNDER SEAL).

Respectfully submitted,

Steve Marshall,
  *Attorney General*

*s/* Brad A. Chynoweth
Brad A. Chynoweth (ASB-0030-S63K)
Winfield J. Sinclair (ASB-1750-S81W)
  *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
bchynoweth@ago.state.al.us
wsinclair@ago.state.al.us

***Counsel for Defendants Hal Taylor, Charles Ward, Deena Pregno, and Jeannie Eastman***

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brock Boone
Randall C. Marshall
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
bboone@aclualabama.org
rmarshall@aclualabama.org

Rose Saxe
Gabriel Arkles
ACLU LGBT & HIV Project/ACLU Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2605
rsaxe@aclu.org
garkles@aclu.org
*Admitted Pro Hac Vice*

/s Brad A. Chynoweth
Counsel for Defendants