IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-91-MHT-GMB |
| ) | |
| HAL TAYLOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR MOTION FOR**

**SUMMARY JUDGMENT**

Plaintiffs respectfully submit the following exhibits in support of their contemporaneously filed motion for summary judgment.

1. Policy Order 63
2. Deposition of Jeannie Eastman
3. Deposition of Deena Pregno
4. Deposition of Jerrolynn Spencer
5. Policy Order 63- 2012
6. Medical Record D1170 (UNDER SEAL)
7. Medical Record D1154 (UNDER SEAL)
8. Medical Record D1166 (UNDER SEAL)
9. Medical Record D1174 (UNDER SEAL)
10. Medical Record D1139 (UNDER SEAL)
11. Medical Record D1126 (UNDER SEAL)
12. Medical Record D1250 (UNDER SEAL)

13. Medical Record D226 (UNDER SEAL)

14. FAM Gender Change

15. The Guide to Personnel Record Keeping

16. VHA Publications

17. USCIS Adjudicator's Field Manual Chapter 10

18. Changing Numident Data for Reasons other than Name Change

19. Resource Guide on Gender Designation on Driver's Licenses and Identification Cards

20. Self-Designated Descriptors

21. Oregon DMV- Changing Your Sex

22. District of Columbia DMV

23. How Trans-Friendly is the Driver's License Gender Change Policy in Your State

24. Deposition of Diane Woodruff

25. ALEA Driver License and ID

26. Report of Donald Leach

27. Deposition of Donald Leach

28. Declaration of Darcy Corbitt

29. Deposition of Darcy Corbitt

30. Name Change Order for Darcy Corbitt

31. Medical Record of Darcy Corbitt (SEALED)

32. License of Darcy Corbitt

33. Passport of Darcy Corbitt

34. Ronni Fetty Email D977

35. Statement- Examiner Teresa Smith D978

36. Deposition of Destiny Clark

37. Declaration of Destiny Clark

38. Name Change Order of Destiny Clark

39. Medical Record of Destiny Clark (SEALED)

40. License of Destiny Clark

41. Deposition of Jane Doe (SEALED)

42. Declaration of Jane Doe (SEALED)

43. Name Change Order of Jane Doe (SEALED)

44. Medical Record of Jane Doe (SEALED)

45. Declaration of Dr. Gorton

46. The Williams Institute- How Many People are Lesbian, Gay, Bisexual, And Transgender

47. USTS Report

48. NYT Alabama Trans Woman Killed

49. HRC Dana Martin

50. USTS Alabama

51. Deposition of Dr. Gorton

52. Birmingham Transit

53. Bicycle Friendly State Report Card

54. Brian Duke & Rufus Washington Emails D381

55. Nona Short Email D337

56. AAMVA Resource Guide on Gender Designation D338-380

57. Jeannie Eastman Email Chain D110-114

58. Idaho Instructions

59. Time, Trans Bathroom Debate

Respectfully submitted this 8th day of February 2019.

                                  s/ Brock Boone
                                  Brock Boone
                                  Randall C. Marshall
                                  ACLU OF ALABAMA
                                  P.O. Box 6179
                                  Montgomery, AL 36106-0179
                                  (334) 265-2754
                                  bboone@aclualabama.org
                                  rmarshall@aclualabama.org

                                  Rose Saxe
                                  Gabriel Arkles
                                  ACLU LGBT & HIV Project / ACLU Foundation
                                  125 Broad St., 18th Floor
                                  New York, NY 10004
                                  (212) 549-2605
                                  rsaxe@aclu.org
                                  garkles@aclu.org
                                  *Admitted Pro Hac Vice*
                                  ***Counsel for Plaintiffs Darcy Corbitt, Destiny Clark, and Jane Doe***

4

**CERTIFICATE OF SERVICE**

I certify that on February 8, 2019, I filed the foregoing electronically using the Court's CM/ECF system, which will serve all counsel of record.

s/ Brock Boone