# Plaintiffs' Exhibit 6

# Letter from Christine McGinn, D.O., Papillon Center, to Whom It May Concern (June 22, 2015) (D1170)

# Filed Under Seal