# Exhibit 15

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

# Chapter 4 How to Reconstruct a Personnel Folder

## How to Reconstruct a Personnel Folder

A transcript of service serves as the notice of reconstruction. The transcript is to remain as the top document of the reconstructed portion in the personnel folder. See Chapter 7 of this Guide for instructions on creating and formatting a transcript of service.

## Request to Reconstruct Personnel Folder

Upon the request of an employee to reconstruct his or her personnel folder, use the following procedures.

**Step 1 Copy any relevant documents the employee can furnish.**

Example:
- Applications for Federal Employment.
- Standard Form 50, Notifications of Personnel Action.
- Earnings and Leave Statements.

**Step 2 Request a computer-generated employment history from agencies where the individual was previously employed.**

> NOTE:   While agencies are no longer required to keep Chronological File copies of Standard Form 50, Notification of Personnel Action, request copies when they may be available.

**Step 3 Request retirement records.**

- If the employee made retirement contributions...
  Request a copy of all Individual Retirement Records, Standard Form 2806 and 3100. Provide the employee's name, social security number, and date of birth for each Individual Retirement Record requested.  Send the request to:

  **Office of Personnel Management**
  **Retirement Operations Center**
  **P. O. Box 45**
  **Boyers, PA  16017**

Requests may also be faxed to 724-794-4668. Insure privacy of the personal information is maintained when requesting an Individual Retirement Record to be faxed to the personnel office. Detailed earnings information can be requested from the Social Security Administration. Send the request to:

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

**Social Security Administration**
**401 Security Boulevard**
**Baltimore, MD  21235**

NOTE:    Advise the employee to use Form SSA-7050-F3 to request earnings by each employer.

It is important the employee know the Social Security Administration will charge a fee for this service and the fee is based on the number of years of earnings to be reported.

**Step 4 Ask the National Personnel Records Center to search for personnel and payroll records.**

Address the request to:

**National Archives and Records Administration,**
**National Personnel Records Center,**
**1411 Boulder Blvd,**
**Valmeyer, IL 62295,**
**ATTENTION: Chief, Civilian Reference Branch**
**(DO NOT OPEN IN MAILROOM)**

To request a search for the personnel folder:

- Submit a Standard Form 127 (see appendix A), Request for Official Personnel Folder (OPF). In the Remarks section, put the following statement:
  - "The OPF for this employee is lost or destroyed. This is to request a search be made by NPRC for the OPF of the named employee."
- This statement is required to insure the missing Official Personnel Folder was not inadvertently returned to the National Personnel Records Center.

To request a search for payroll records:

- Submit a memo on the agency letterhead. Include the employee's name, social security number, agency in which employed and the following:
  - "This is to request a search of any payroll records on the named employee that may be stored at NPRC."
- Not all agencies store payroll records at the National Personnel Records Center. If the records are not there, contact the agency.

**Step 5 Obtain Documents**

Obtain any copies of certificates establishing the employee's qualifications for specific jobs. Contact the office that issued appointment certificates for the individual. Use records that document Federal service from the investigative files, and security clearances where appropriate.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

**Step 6 Create Transcript of Service, (DG 27)**

Transcript must be created to reflect new identity of employee. Transcript must contain the following information and will capture the data elements reflected in blocks 1-49 of the SF-50,

**Data Elements Reflected in Blocks 1-49 of the SF-50**

**Nature of Personnel Action:**
- Name (as directed by the court order)
- Social Security Number Date of Birth
- Effective Date (of Action)
- Nature of Action (NOA) Code
- Legal Authority Code
- Legal Authority Regulation
- Position Title and Number(s)
- Pay Plan
- Occupation Code
- Grade/Level
- Step/Rate
- Total Salary
- Pay Basis
- Locality Pay
- Adjusted Basic Pay
- Other Pay
- Name/Location of Position's Organization

**Employee's Data**
- Veterans Preference
- FEGLI Code
- Retirement Plan
- Service Computation Date
- Work Schedule
- Period Part Time Hours Per Biweekly

**Position Data**
- FLSA Category
- Appropriation Code
- Bargaining Unit Status
- Duty Station
- Duty Station Code

**Agency Data**
- Remarks
- Employing Department or Agency
- Agency Code
- Personnel Office ID
- Approval Date

An introductory paragraph should be added to the transcript identifying the documents used to prepare the transcript.

> Example: "The following transcript of Federal service was prepared from an Individual Retirement Record, maintained by the Office of Personnel Management."

An introductory paragraph should be added to the transcript identifying the documents that were signed by the employee at their date of hire/inprocessing:

> Example: "The OF 306, Declaration of Employment was signed by the employee on_____."

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

      The SF 61, Employment Affidavit, was signed by the employee on
      _____.

      The SF 144, Statement of Prior Federal Service, was signed by the employee on
      _____.

**Step 7 Create Transcript of Federal Employees' Training Information**

Agencies must collect the following training data elements which will constitute the training portion of an employee's official personnel folder:

**List of Training Data Elements**

| | |
|---|---|
| Training Title | Training Credit Type Code |
| Training Type Code | Training Duty Hours |
| Training Sub-Type Code | Training Non Duty Hours |
| Training Start Date | Training Delivery Type Code |
| Training End Date | Training Purpose Type Code |
| Continued Service Agreement Expiration Date | Training Source Type Code |
| Continued Service Agreement Required Indicator | Training Materials Cost |
| Training Accreditation Indicator | Training Per Diem Cost |
| Training Credit | Training Travel Cost |
| Training Credit Designation Type Code | Training Tuition and Fees Cost |
| | Training Nongovernmental Contribution Cost |

Alpha-numeric, or numeric, codes for the Training data elements are found in Chapter 4 of the Guide to Human Resources Reporting.

**Step 8 Reconstruct Health Benefits Records.**

Contact the employee's health plan and obtain a copy of his or her Health Benefits Election Form (SF 2809) or electronic record of enrollment. Records must go back at least five years; therefore it may be necessary to contact the previous health plan if the employee has changed health plans within the last five years. If the employee was not enrolled for five years, so note in the records.

**Step 9 Request employee complete the following forms (as applicable):**

- SF 1152, Designation of Beneficiary
- Form W-4 Federal Taxes
- OF 306, Declaration of Employment
- SF 61, Employment Affidavit
- SF 144, Statement of Prior Federal Service

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder
- State Tax Form
- SF-1199A, Direct Deposit Form
- RI 76-10, Assignment of Federal Employee's Group Life Insurance*
- Standard Form 2823, Designation of Beneficiary under the Federal Employee's Group Life Insurance*
- Standard Form 3102, Federal Employees Retirement System Designation of Beneficiary*
- Standard Form 2808, Designation of Beneficiary, CSRS*
- TSP-3, Designation of Beneficiary Thrift Savings Plan

***Exceptions**: See Chapter 1, page 1-12. These documents must be initiated in paper with handwritten signatures from the witnesses. They may be converted to an electronic format via electronic scanning.

**Step 10 File documents**

Use the sections in Chapter 3 of this Guide. Documents listed as prohibited in Chapter 3 may not be filed in a reconstructed personnel folder.

- Documents filed with the transcript:
  o Any documents that support benefits
  o Any Standard Form 50, Notification of Personnel Actions
- Documents NOT filed with the transcript:
  o Standard Form 2806 or 3100, Individual Retirement Record
  o Computer-generated employment histories
  o Payroll records
  o Social Security earnings report

**Step 11 Select and Create folder**

Follow instructions in Chapter 2 of this Guide to select the correct folder. File the transcript of service in the folder. The transcript will be the top form of the reconstructed portion of the personnel folder. Documents located during the reconstruction process should be filed beneath the transcript.

**Step 12 Merge transcript(s) and forms listed under step 8 to complete official personnel folder.**

**Step 13 Authenticate the official personnel folder by signing at the end of the transcript.**

If the agency recognizes eOPF as the official record, the paper transcript can then be converted to an electronic format via electronic scanning into the electronic information system.

If the agency recognizes paper as the official record, file accordingly in agency filing system.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

# How to Reconstruct a Personnel Folder due to a Change in Gender Identity

## Place a notice of the reconstruction in the folder

A transcript of service serves as the notice of reconstruction due to the change of name and gender. The transcript is to remain as the top document of the reconstructed portion in the personnel folder. See Chapter 7 of this Guide for instructions on formatting a transcript of service. For further policy guidance, please refer to Guidance Regarding the Employment of Transgender Individuals in the Federal Workplace.

Upon the request of an employee to reconstruct his or her personnel folder to reflect a change in gender identity, use the following procedures. An employee may wish to change the name, gender, or both name and gender in the personnel record. However, for a variety of reasons an employee may not be able to, or choose to, obtain a legal name change at the same time the employee changes the name to be used in everyday interactions. For this reason, even if the OPF has not been updated, agencies are encouraged to adopt procedures that allow employees to use their name of daily usage or first initial in or on email accounts, employee directories, business cards, name tags, and similar items not posing legal or security implications, without requiring a name change order.

**Step 1 Request and verify proper documentation from the employee.**

Request that the employee submit acceptable evidence of identity in the new gender, if available, and require evidence of the new name, if changed. Legal documentation from a State or local government entity is the primary proof required for a legal name change. State and foreign laws vary as to whether a driver's license or other State form of identification documents may be issued to reflect a gender change. Possession of a valid passport or other government- issued document (e.g. amended birth certificate, court order, etc.) in the employee's new name and gender is per se acceptable evidence of the new name and gender, and no further evidence need be provided.

If there is legal documentation of the name change but evidence of change of gender in the identity documents is not obtainable because of state or local requirements or any other reason, the personnel folder may still be reconstructed with the employee's new name and gender to reflect a change in gender identity based on a secondary form of documentation (i.e. medical certification). To meet the medical certification requirement, the employee has the option to obtain a signed original statement, on office letterhead, from the attending healthcare professional (physician, internist, endocrinologist, gynecologist, urologist, psychiatrist, licensed psychologist, nurse practitioner, physician assistant, or clinical social worker/therapist), that contains the following information:

- Healthcare professional's full name;
- Healthcare professional license or certificate number;

THE GUIDE TO PERSONNEL RECORDKEEPING
_____

Chapter 4:  How to Reconstruct a Personnel Folder

- Issuing state or other jurisdiction of license/certificate;
- Address and telephone number of the healthcare professional;
- Language stating that the person is the attending healthcare professional for the employee and that the person has a healthcare professional /patient relationship with the employee;
- Language stating that the employee has had appropriate clinical treatment (based on individual clinical needs and does not imply any specific type or extent of treatment) for transition to the new gender (male or female); and
- Language stating "I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct."

NOTE: No additional medical information may be sought from the employee, and surgery is not required for the employee to have his or her records corrected to reflect the new name and gender.

**Step 2 Create Transcript of Service**

Transcript must be created to reflect new identity of employee. Transcript must contain the following information and will capture the data elements reflected in blocks 1-49 of the SF-50, Nature of Personnel Action:

### Data Elements Reflected in Blocks 1-49 of the SF-50

**Nature of Personnel Action**:
- Name (as directed by the court order)
- Social Security Number
- Date of Birth
- Effective Date (of Action)
- Nature of Action (NOA) Code
- Legal Authority Code
- Legal Authority Regulation
- Position Title and Number(s) Pay Plan
- Occupation Code
- Grade/Level
- Step/Rate
- Total Salary
- Pay Basis
- Locality Pay
- Adjusted Basic Pay
- Other Pay
- Name/Location of Position's Organization

**Employee's Data**
- Veterans Preference
- FEGLI Code
- Retirement Plan
- Service Computation Date
- Work Schedule
- Part Time Hours Per Biweekly Period

**Position Data**
- FLSA Category
- Appropriation Code
- Bargaining Unit Status
- Duty Station Code
- Duty Station

**Agency Data**
- Remarks
- Employing Department or Agency
- Agency Code
- Personnel Office ID
- Approval Date

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

**Step 3 Create Transcript of Health Benefits Enrollment Records**

- List of all FEHB enrollment actions including information recorded on SF 2809s and SF 2810s. Must list each of the following:
- Initial enrollment with enrollment code and effective date
- Election not to enroll and date
- Enrollment changes with the codes and the effective date of each code;
- Cancellations with the enrollment code and effective date
- Terminations with the enrollment code and effective date
- Reinstatements and Transfer Ins with the enrollment code and effective date
- Name changes with enrollment code and effective date
- Notations included in the Remarks section of the SF 2809s or SF 2810s
- Effective dates and brief summary of any additional documents or memos, including: waiver of premium conversion;
- documentation of belated elections;
- court order requiring employee to enroll in a plan that covers children (the edits or flag in the system must stay in place to ensure that the employee does not cancel or change to self only, therefore, the flag must be moved to the new identity);
- leave without pay election to terminate or continue with a direct pay account  or continue and incur a debt;
- election to terminate or continue during active military duty
- waiver of automatic reinstatement due to transitional TRICARE following active duty military service;

> NOTE:   An alternative for maintaining a record of a court order is to redact the name of the employee from the court order document and include a copy in the new file along with the transcript.

- Must request a history of health benefits actions processed through electronic systems, for example, EBIS, My Pay, Personal Page, Employee Express or PostalEZ and attach to transcript.
- List children age 22 or over incapable of self support with their name, date of birth, social security number, sex, and the date the agency certified eligibility. Include call- up date for future re-evaluation if applicable.
- List foster children with their name, date of birth, social security number, sex, and the date the agency certified eligibility.
- The employing agency must complete a new SF 2810 to change the employee's gender and, if applicable, his or her name to reflect to change in gender identity. In completing this form, the agency should include the following in the remarks section: "Change in name data element from [name 1] to [name 2].  Change in gender data element from [male/female] to [female/male]." The effective date should be as soon as possible once the employee has submitted the information in Step 1 above.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

- Temporary Continuation of Coverage (TCC) for family members is documented as a separate file from the OPF with the employee's name on it. We suggest that the new name be put on this file and it be maintained as is. If this is not possible, then the TCC file should have the employee's name redacted and maintained as an independent file with no association with the new name of the employee.
- Spouse Equity Act. Documentation of a former spouse's entitlement to benefits must travel with the employee's file in order to ensure the former spouse's entitlement up through the retirement or death of the employee. The former name of the employee may be redacted from the documents.
- Continuation of Benefits. The spouse of the employee at the time of the employee's change in gender identity retains coverage as the employee's spouse, as do the employee's children. The employee is entitled to benefits in the new gender and, if applicable, new name.

**Step 4 Create Transcript of Federal Employees' Group Life Insurance (FEGLI) Records**

- For current FEGLI actions, there is a SF 50 *Notification of Personnel Action* produced for any change. The Nature of Action (NOA) code 881 indicates a FEGLI Change.  Must list each of the following for each FEGLI change:
- Effective date of NOA
- FEGLI Code displayed in bock #27
- Must include any written comments in Section 6, Agency Use Remarks section for all SF 2817 forms in OPF
- For FEGLI history prior to effective date of FEGLI code on the SF 50 form or for agencies that do not use SF 50 forms.  Must list each of the following:
- FEGLI coverage elected or SF 50 FEGLI code on the SF 2817 Life Insurance Election or its precursors SF 176, SF 176-T, or on Open Season election forms RI 76- 27, FE-2004
- Date of receipt in employing office (on older forms)
- Effective date of coverage.  Shown on SF 2817 form dated June 1984 and later
- Must include any written comments in Section 6, Agency Use Remarks section for all SF 2817 forms

  NOTE:     If employee is in a FEGLI eligible position, he or she automatically gets FEGLI Basic even if no form is completed.

- Must include a summary of all memos to file for FEGLI

  Examples: Agency explanation for allowing a belated election

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

   Incontestability explanation

- If there is an SF 2821 *Agency Certification of Insurance Status* or its precursor SF 56, the following items from that form must be detailed on the transcript:
- Event requiring certification  (block #4.a. on SF 2821)
- Date of the event requiring certification (block #8. on SF 2821)
- Date of SF 2819, *Notice of Conversion Privilege* (block #9 on SF 2821)
- Annual basic pay (block #10)
- Date signed by certifying official
- If there is an SF 2822 *Request for Insurance* in the OPF, the agency must provide the following information from Part B:
- Decision—acceptance or denial
- Date of decision
- Name of OFEGLI Reviewer
- If there is a FE-8C form *Living Benefits Approval*. NOA code 805, 806 on SF 50. Must include a summary with the following:
- NOA code
- Effective date of Living Benefits election Post-election Basic Insurance Amount

- Public Law 110-81 authorizes the continuation of FEGLI coverage for up to 24 months for Federal employees called to active duty. An election form is required in the OPF. If the election form is present, it must be notated on the transcript. Must include the following:
- Per Public Law 110-81, employee elected to continue the coverage at the end of 12 months OR;
- Per Public Law 110-81, employee elected to terminate coverage at the end of 12 months.
- Date signed by employee
- Name of Agency Representative and Date signed
- List child(ren) age 22 or over incapable of self support with the name, date of birth, sex and the date the agency certified eligibility. Include call-up date for future re- evaluation if applicable.

The criteria for the employing office's determination are the same as those for the FEHB Program and FEDVIP. If the employee has already established eligibility for a child under the FEHB Program, s/he does not need to establish eligibility again under FEGLI.

- List Foster child(ren) with the name, date of birth, sex, and the date the agency certified eligibility.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

- Continuation of Benefits. The spouse of the employee at the time of the employee's change in gender identity retains coverage as the employee's spouse, as do the employee's children. The employee is entitled to benefits in the new gender and, if applicable, new name.

The requirements for coverage of foster children under FEGLI are the same as those for coverage of foster children under the Federal Employees Health Benefits (FEHB) Program or the Federal Employees Dental and Vision Insurance Program (FEDVIP). If there is already a certification on file for the FEHB or FEDVIP Program, the employee does not have to complete a new certification for Option C coverage, unless the employee is electing or increasing Option C because s/he acquires a foster child.

## Original FEGLI documents needed that cannot be summarized on a transcript.

- SF 2823 Designation of Beneficiary or its precursor SF 54
- By law 8705 and regulation, FEGLI benefits are paid in a particular order. The first in this list is the designated beneficiary.
- The agency needs to strongly recommend to the employee that he/she complete a new SF 2823 (if there is an old one with the old identity) but cannot force the employee to do so.
- If a new one is validly completed and filed, it will supersede previous ones on file.
- If a new SF 2823 is not completed, by law any prior designation form in the sealed OPF is the form used for payment.  That form will need to be accessed at death before any FEGLI payment can be made.
- The transcript must state if there are any FEGLI designations forms on file and the date of the form(s) if applicable.  It should also be noted if there is no form on file.
- OFEGLI needs the actual hard copy form to pay proceeds after death.

- RI 76-10 Assignment of Life Insurance
- The original RI 76-10 is maintained by the agency. The agency needs to know that it is assigned since certain actions can be done by the assignee, not the insured. For example, the insured cannot reduce coverage (except for Option C) after an assignment.  The agency sends the RI 76-10 to the OPM Retirement Office at the time of retirement or to OFEGLI after death. It cannot be condensed to put on the transcript.  OFEGLI needs the actual hard copy form to pay proceeds after death.
- Once the coverage is assigned the employee cannot assign again. However, the assignee can assign the coverage to another party or back to the insured employee. Court order for FEGLI purposes
- The certified copy of a court order for FEGLI is maintained by the agency. It is not interpreted by the agency. They send to the OPM Retirement Office at the time of retirement or to OFEGLI after death.  It cannot be condensed to put on the transcript.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

OFEGLI needs the actual hard copy certified court order to make a determination at death. They need a certified copy of the complete court order.

**Step 5 Request employee completes the following forms (as applicable):**

- SF 1152, Designation of Beneficiary
- Form W-4 Federal Taxes
- State Tax Form
- OF 306, Declaration of Employment
- SF 61, Employment Affidavit
- SF 144, Statement of Prior Federal Service
- SF-1199A, Direct Deposit Form
- RI 76-10, Assignment of Federal Employee's Group Life Insurance*
- SF 2823, Designation of Beneficiary under the Federal Employee's Group Life Insurance*
- SF 3102, Federal Employees Retirement System Designation of Beneficiary*
- SF 2808, Designation of Beneficiary, CSRS*
- TSP-3, Designation of Beneficiary Thrift Savings Plan
- I-9 Form (Note: I-9 Form of the old identity will be captured, destroyed and replaced with an I-9 Form reflecting the new identity and will be placed in a separate file. Please refer to General Records Schedule 1, 10b for records retention and disposition instructions)

An introductory paragraph should be added to the transcript identifying the documents that were signed by the employee at their date of hire/inprocessing:

Example: "The OF 306, Declaration of Employment was signed by the employee on_____.

The SF 61, Employment Affidavit, was signed by the employee on _____.

The SF 144, Statement of Prior Federal Service, was signed by the employee on_____.

*Exceptions: See Chapter 1, page 1-9. These documents must be initiated in paper with handwritten signatures from the witnesses. They may be converted to an electronic format via electronic scanning.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

**Step 6 Merge transcript(s) and forms listed under step 5 to complete official personnel folder.**

**Step 7 Authenticate the official personnel folder by signing at the end of the transcript.**

If the agency recognizes eOPF as the official record, the paper transcript can then be converted to an electronic format via electronic scanning into the electronic information system.

If the agency recognizes paper as the official record, file accordingly in agency filing system.

**Step 8 Send OPF to NPRC**

OPF of former "identity" is sealed and forwarded to the National Personnel Records Center (NPRC). Folder should be double-wrapped along with introduction letter (see appendix B) and sent to the following address:

> **National Archives and Records Administration, National Personnel Records Center,**
> **1411 Boulder Blvd, Valmeyer, IL 62295,**
> **ATTENTION: Chief, Civilian Reference Branch (DO NOT OPEN IN MAILROOM)**

If the agency recognizes eOPF as the official record, the eOPF will be deactivated by the losing agency and the eOPF will be forwarded to the NPRC instance within EHRI.

**Step 9 Provide copy of new OPF to the employee via paper or electronically.**

<u>Former employees returning back to Federal Service</u>

**Step 1 Initiate search for OPF**

Submit a Standard Form 127, Request for Official Personnel Folder (OPF) of former employee's former identity from the National Personnel Records Center:

> **National Archives and Records Administration, National Personnel Records Center,**
> **1411 Boulder Blvd,**
> **Valmeyer, IL 62295111**

**Step 2 Reconstruct OPF**

Follow steps listed above regarding Change in Gender Identity.

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

## Former employees returning back to Federal Service and the official personnel folder of the former identity cannot be located

### Place a notice of the reconstruction in the folder

A transcript of service serves as the notice of reconstruction due to the change of name and gender. The transcript is to remain as the top document of the reconstructed portion in the personnel folder. See Chapter 7 of this Guide for instructions on formatting a transcript of service. For further policy guidance, please refer to Guidance Regarding the Employment of Transgender Individuals in the Federal Workplace.

Upon the request of a former employee returning to Federal service to reconstruct his or her personnel folder to reflect a change in gender identity, use the following procedures. A former employee may wish to change the name, gender, or both name and gender in the personnel record. However, for a variety of reasons an employee may not be able to, or choose to, obtain a legal name change at the same time the employee changes the name to be used in everyday interactions. For this reason, even if the OPF has not been updated or not located, agencies are encouraged to adopt procedures that allow employees to use their name of daily usage or first initial in or on email accounts, employee directories, business cards, name tags, and similar items not posing legal or security implications, without requiring a name change order.

**Step 1 Request and verify proper documentation from the employee.**

Request that the employee submit acceptable evidence of identity in the new gender, if available, and require evidence of the new name, if changed. Legal documentation from a State or local government entity is the primary proof required for a legal name change. State and foreign laws vary as to whether a driver's license or other State form of identification documents may be issued to reflect a gender change. Possession of a valid passport or other government- issued document (e.g. amended birth certificate, court order, etc.) in the employee's new name and gender is per se acceptable evidence of the new name and gender, and no further evidence need be provided.

If there is legal documentation of the name change but evidence of change of gender in the identity documents is not obtainable because of state or local requirements or any other reason, the personnel folder may still be reconstructed with the employee's new name and gender to reflect a change in gender identity based on a secondary form of documentation (i.e. medical certification). To meet the medical certification requirement, the employee has the option to obtain a signed original statement, on office letterhead, from the attending healthcare professional (physician, internist, endocrinologist, gynecologist, urologist, psychiatrist, licensed psychologist, nurse practitioner, physician assistant, or clinical social worker/therapist), that contains the following information:

- Healthcare professional's full name;
- Healthcare professional license or certificate number;
- Issuing state or other jurisdiction of license/certificate;
- Address and telephone number of the healthcare professional;

THE GUIDE TO PERSONNEL RECORDKEEPING

Chapter 4:  How to Reconstruct a Personnel Folder

- Language stating that the person is the attending healthcare professional for the employee and that the person has a healthcare professional /patient relationship with the employee;
- Language stating that the employee has had appropriate clinical treatment (based on individual clinical needs and does not imply any specific type or extent of treatment) for transition to the new gender (male or female); and
- Language stating "I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct."

NOTE: No additional medical information may be sought from the employee, and surgery is not required for the employee to have his or her records corrected to reflect the new name and gender.

**Step 2 Reconstruct OPF**

Follow steps 1-4 regarding the reconstruction of an official personnel folder at the beginning of the chapter (using the old identity).

Once the proper documentation is obtained of the former identity, then follow the steps regarding the Change in Gender Identity listed above.