# Exhibit 24

# In The Matter Of:

*Darcy Corbitt, Destiny Clark, and Jane Doe v.*
*Hal Taylor, etc., et al.*

*Diane Woodruff*
*November 8, 2018*

*Baker Realtime Worldwide Court Reporting & Video*
*250 Commerce Street*
*Third Floor, Suite One*
*Montgomery, Alabama  36104*
*www.BakerRealtime.com*

Original File 11-8-18 Diane Woodruff.txt
**Min-U-Script® with Word Index**

```
                                                              1

 1        IN THE UNITED STATES DISTRICT COURT

 2        FOR THE MIDDLE DISTRICT OF ALABAMA

 3                 NORTHERN DIVISION

 4

 5   CIVIL ACTION NO.: 2:18-CV-00091-MHT-GMB

 6

 7   DARCY CORBITT, DESTINY CLARK, and JANE DOE,

 8        Plaintiffs,

 9   V.

10   HAL TAYLOR, in his official capacity as

11   Secretary of the Alabama Law Enforcement

12   Agency, et al.

13        Defendants.

14

15          DEPOSITION OF DIANE WOODRUFF

16                November 8, 2018

17

18        Taken before Elaine Scott, CCR,

19   Commissioner for the State of Alabama at

20   Large, in the Law Offices of the Alabama

21   Attorney General, 501 Washington Avenue,

22   Montgomery, Alabama, on Thursday, November 8,

23   2018, commencing at approximately 12:55 p.m.
```

```
                                                              2

 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4   AMERICAN CIVIL LIBERTIES UNION FOUNDATION

 5   Gabriel Arkles

 6   125 Broad Street

 7   18th Floor

 8   New York, New York 10004

 9

10   ALABAMA CIVIL LIBERTIES UNION FOUNDATION

11   Brock Boone

12   Randall C. Marshall

13   P.O. Box 6179

14   Montgomery, Alabama 36106

15

16   FOR THE DEFENDANTS:

17   OFFICE OF THE ATTORNEY GENERAL, STATE OF

18   ALABAMA

19   Brad A. Chynoweth

20   501 Washington Avenue

21   Montgomery, Alabama 36130

22

23
```

3

```
 1          A P P E A R A N C E S  (continued)
 2
 3   ALSO PRESENT:
 4   Meredith Barnes
 5
 6   COURT REPORTER:
 7   BAKER REALTIME WORLDWIDE REPORTING & VIDEO
 8   250 Commerce Street
 9   Third Floor, Suite One
10   Montgomery, Alabama 36104
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
                                                    56
 1   had -- if they had surgery then they would be
 2   able to get a letter from the physician.
 3          Q.   What about people who don't have
 4   surgery?
 5          A.   Actually at that time when I was
 6   working in the medical unit I didn't have that
 7   many that didn't -- there were some I guess
 8   that came up.  Basically if you didn't have
 9   the surgery we couldn't change the sex.
10          Q.   What did you think about that?
11               MR. CHYNOWETH:  Object to the form.
12          A.   Well, following guidelines, you
13   know, which is what we have to do, I can't
14   really have an opinion.  You know, this is
15   just what we have to do, you know, you don't
16   need the guidelines or what we've set forth,
17   so --
18          Q.   You're still human, I guess.  Okay.
19          A.   Well, you would know.  Yeah.  And
20   I'm very compassionate to people.
21          Q.   Did anyone ever complain?
22          A.   Yeah, I'm sure they did.  I can't
23   list -- I can't name anybody in particular,
```

57

1  but I'm sure they did.
2       Q.  Do you remember anyone being upset
3  or were they sad?
4       A.  Uh-huh, I remember talking to some
5  sad people.
6       Q.  How did that make you feel?
7           MR. CHYNOWETH:  Object to the form.
8       A.  Obviously compassion for them.
9       Q.  You felt bad?
10      A.  Right.  Just like anybody we
11 can't -- we can't help, you know.
12      Q.  I understand.  Do you know what --
13 what problem were they trying to address with
14 the procedure?
15      A.  As far as -- most of the time
16 they -- if I'm answering -- if I'm
17 understanding the question correctly, they
18 just had -- maybe they would say they had gone
19 through part of the whole procedure, like
20 maybe they had lived as a different sex, you
21 know, for a certain amount of time or whatever
22 but they just hadn't gone to the surgery part,
23 and so -- and I've been living like this for,

86

1   what documentation must they present?
2        A.   A state certified birth certificate
3   and a Social Security card and proof of
4   address.  And then if any name change they
5   would need to have a name change document.
6        Q.   And that's when they apply for the
7   first time?
8        A.   Yes, sir.
9        Q.   Is there anything else?
10       A.   Well, if they're fifteen to
11  eighteen years of age they'll need to provide
12  school proof.  Now, if they're not a U.S.
13  citizen then they would need their immigration
14  documents.  They can also present a valid U.S.
15  passport.
16       Q.   If someone wants to trade in an
17  out-of-state license for an Alabama license,
18  what documentation must they present?
19       A.   Their out-of-state driver's license
20  and their state certified birth certificate
21  and then any name change document and proof of
22  address or the -- anything on our authorized
23  presence list but, yes, that's the meat and

```
                                                    87
 1   the potatoes.
 2          Q.   When people first apply for a
 3   driver's license in Alabama, does anyone ever
 4   ask them from ALEA down if they are
 5   transgender?
 6          A.   No, sir.
 7          Q.   Would you agree that if a
 8   transgender person applying for an Alabama
 9   license for the first time presented
10   documentation only reflecting the sex with
11   which they identify and not the sex they were
12   assigned at birth they would receive an
13   Alabama license with a sex designation that
14   matched the sex designation on their other
15   documents?
16              MR. CHYNOWETH:  Object to the
17   form.
18              MR. BOONE:  How come?  I just want
19   to make sure I'm -- can you answer the
20   question?
21          A.   Can you repeat it cause it's kind
22   of long?
23          Q.   It's long.  If someone -- if
```

```
                                                          88

 1    someone is -- if the only documents that the
 2    DMV sees are documents of the sex that they
 3    identify with, would they receive an Alabama
 4    license with that sex designation?
 5         A.   Are we talking about a birth
 6    certificate?
 7         Q.   Yes.
 8         A.   If they had a birth certificate --
 9         Q.   Or --
10         A.   -- then that's the sex that we're
11    going to use on the birth certificate.
12         Q.   Are birth certificates always
13    required to get an Alabama license?
14         A.   You could bring your passport or
15    your immigration documents.
16         Q.   So if someone brings in a
17    passport --
18         A.   Uh-huh.
19         Q.   -- and it states female, what's the
20    designation that's going to be put on their
21    license?
22         A.   It would be female if we don't have
23    anything to the -- you know, if you present
```

89

1   two documents that are different, you know,
2   just like if you came in and your name was
3   John Smith on one document and John Jones on
4   the other document, we operate on a paper
5   trail documentation.  So what brought it from
6   John Smith to John Jones, the document that
7   changed it?  But if you brought in a passport
8   that said female, your Social Security card,
9   and your proof of address, then that's what
10  would be put on your driver's license.
11          Q.  Okay.  What if there is a
12  contradiction?  What if, for example, someone
13  has one sex on their passport, one sex on
14  their Social Security card?  What would you do
15  in that situation?
16          A.  Well the Social Security doesn't
17  have a sex on it, so --
18          Q.  Okay.
19          A.  But if they --
20          Q.  Is there another -- can you give me
21  an example of a contradictory situation?
22          A.  Let's say that they had a birth
23  certificate and their out-of-state driver's