# Exhibit 29

# In The Matter Of:

*Darcy Corbitt, Destiny Clark, and Jane Doe v.*
*Hal Taylor, etc., et al.*

---

*Darcy Corbitt*
*November 21, 2018*

---

*Baker Realtime Worldwide Court Reporting & Video*
*250 Commerce Street*
*Third Floor, Suite One*
*Montgomery, Alabama  36104*
*www.BakerRealtime.com*

Original File 11-9-18 Darcy Corbitt.txt
**Min-U-Script® with Word Index**

1

1       IN THE UNITED STATES DISTRICT COURT

2        FOR THE MIDDLE DISTRICT OF ALABAMA

3                NORTHERN DIVISION

4

5   CIVIL ACTION NO.: 2:18-CV-00091-MHT-GMB

6

7   DARCY CORBITT, DESTINY CLARK, and JANE DOE,

8       Plaintiffs,

9   V.

10  HAL TAYLOR, in his official capacity as

11  Secretary of the Alabama Law Enforcement

12  Agency, et al.

13      Defendants.

14

15          DEPOSITION OF DARCY CORBITT

16               November 9, 2018

17

18          Taken before Elaine Scott, CCR,

19  Commissioner for the State of Alabama at

20  Large, in the Law Offices of the Alabama

21  Attorney General, 501 Washington Avenue,

22  Montgomery, Alabama, on Thursday, November 9,

23  2018, commencing at approximately 8:57 a.m.

2

1                    A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:

4   AMERICAN CIVIL LIBERTIES UNION FOUNDATION

5   Gabriel Arkles

6   125 Broad Street

7   18th Floor

8   New York, New York 10004

9

10  ALABAMA CIVIL LIBERTIES UNION FOUNDATION

11  Brock Boone

12  Randall C. Marshall

13  P.O. Box 6179

14  Montgomery, Alabama 36106

15

16  FOR THE DEFENDANTS:

17  OFFICE OF THE ATTORNEY GENERAL, STATE OF

18  ALABAMA

19  Brad A. Chynoweth

20  501 Washington Avenue

21  Montgomery, Alabama 36130

22

23

3

1        A P P E A R A N C E S (continued)

2

3    ALSO PRESENT:

4    Meredith Barnes

5

6    COURT REPORTER:

7    BAKER REALTIME WORLDWIDE REPORTING & VIDEO

8    Elaine Scott

9    250 Commerce Street

10   Third Floor, Suite One

11   Montgomery, Alabama 36104

12

13

14

15

16

17

18

19

20

21

22

23

8

```
 1          A.   My name is Darcy Jeda Corbitt Hall.

 2          Q.   And when -- what's your birthday?

 3          A.   11th of May 1992.

 4          Q.   Okay.  And that makes you how old

 5   now?

 6          A.   26.

 7          Q.   Where were you born?

 8          A.   Baton Rouge, Louisiana.

 9               (Defendant's Exhibit Number 9 was

10               marked for identification.  A copy

11               is attached.)

12          Q.   I'm presenting to you Defendant's

13   Exhibit 9.  Can you state what this is?

14          A.   This is my birth certificate.

15          Q.   And what is the name on your birth

16   certificate?

17          A.   ████████████████████

18          Q.   And what is the sex on this birth

19   certificate?

20          A.   Male.

21          Q.   So you were assigned male sex at

22   birth?

23          A.   That is correct.
```

11

1    University where I continued my bachelor's

2    work.

3            Q.  So you got an associate's degree at

4    Southern Union?

5            A.  I did.

6            Q.  And in August of 2012 you started

7    at Auburn University?

8            A.  That is correct.

9            Q.  What were you studying?

10           A.  I was studying a double major in

11   English literature and psychology.

12           Q.  How long did those studies

13   continue?

14           A.  Until 2015.

15           Q.  And did you complete your

16   bachelor's at that time?

17           A.  I did.

18           Q.  In spring of 2015?

19           A.  May of 2015.

20           Q.  And what did you do after you

21   graduated in May of 2015?

22           A.  I moved to Fargo, North Dakota,

23   where I started doctoral work in clinical

12

1   psychology.

2          Q.  And that would have been in the

3   fall of 2015?

4          A.  That is correct.

5          Q.  Where were you in school?

6          A.  North Dakota State University.

7          Q.  How long -- I'm sorry.  What were

8   you studying there?

9          A.  Clinical psychology.

10          Q.  And was that a master's or a Ph.D.

11   program?

12          A.  It was a nonterminal master's

13   transitioning to Ph.D.

14          Q.  And how long did you study at North

15   Dakota State?

16          A.  I studied until August 2017, I

17   believe.

18          Q.  And you said that was a nonterminal

19   degree, so what was the completion of that

20   course of studies?

21          A.  I did not complete those studies.

22          Q.  And what did you do after August of

23   2017?

13

1          A.   My doctoral advisor got a job at

2     Auburn and invited me to join her at Auburn to

3     work as her project student there and to

4     manage a grant-funded project that we had --

5     would be starting in August.  And so I

6     accepted her offer and moved back to Auburn.

7          Q.   So you relocated to Auburn.  Would

8     that have been August or maybe a little later?

9          A.   It was August.

10         Q.   August of 2017.  And were you

11    enrolled in Auburn at that time or you were

12    just working for this professor?

13         A.   I was enrolled at Auburn.

14         Q.   And what was your degree?

15         A.   My current degree is doctoral

16    program in human development and family

17    studies also known as developmental

18    psychology.

19         Q.   And are you currently enrolled in

20    pursuing the same degree at Auburn?

21         A.   I am.

22         Q.   Have you completed all of your

23    course work?

17

```
 1    don't have that luxury.  You apply where there
 2    is an open position.
 3            Q.  And so when you have completed your
 4    Ph.D., do you anticipate applying to a variety
 5    of universities that have open positions?
 6            A.  I do.
 7            Q.  And those will be tailored somewhat
 8    to what your specialty is in developmental
 9    psychology?
10            A.  As far as I can.
11            Q.  And do you anticipate a significant
12    number of those job openings being out of
13    state?
14            A.   I'm unable to speculate about the
15    nature of the academic job market in five or
16    six years, but I can say that Auburn
17    University is the third highest ranked program
18    in the country and has the research interest
19    that I am involved in.
20            Q.  But you would apply based on any
21    acceptable position regardless of geographical
22    location of the university?
23            A.   That is true.
```

19

1          A.   That's fine.

2          Q.   Your sex designation on your

3     license that you obtained when you were

4     sixteen was M?

5          A.   That is correct.

6          Q.   And you possessed an Alabama

7     driver's license from the time you were

8     sixteen until when?

9          A.   Sometime in 2015 in the fall.

10         Q.   And that would have been when you

11    moved to North Dakota?

12         A.   That is correct.

13         Q.   And you obtained a North Dakota

14    driver's license at that time?

15         A.   I did.

16         Q.   And what was the sex designation on

17    that driver's license?

18         A.   Male.

19         Q.   Did you ever have the sex on your

20    North Dakota license changed?

21         A.   I did.

22         Q.   When was that?

23         A.   I'm not sure of the date.  It was

21

1          Q.  Do you have a United States
2     passport?
3          A.  I do.
4          Q.  When did you obtain that?
5          A.  In January of 2017.
6          Q.  And you were living in North Dakota
7     at that time?
8          A.  I was.
9          Q.  What is the sex designation on your
10    U.S. passport?
11         A.  Female.
12         Q.  And when you returned to Alabama in
13    August 2017, did you obtain an Auburn
14    University student ID?
15         A.  I did.
16             (Defendant's Exhibit Number 11 was
17             marked for identification.  A copy
18             is attached.)
19         Q.  This is Defendant's Exhibit 11.
20    Can you tell me what that is?
21         A.  This is my Auburn University ID.
22         Q.  So do you currently still hold your
23    North Dakota driver's license that is Exhibit

                                                          22

1   10?

2           A.  I do hold that.

3           Q.  You still hold a current valid

4   United States passport?

5           A.  I do.

6           Q.  And is Exhibit 11 a student ID that

7   you currently hold?

8           A.  I do not hold this specific ID any

9   longer.  I have a new version of it, same

10  information, different picture, issued a month

11  ago.

12          Q.  So your 2018 Auburn University

13  student ID is substantially the same in that

14  it has your name and photograph and it

15  identifies you as a student?

16          A.  That is correct.

17          Q.  Can you tell me when you first

18  identified as a woman?

19          A.  My earliest memory is of me

20  identifying as a woman and finding out that

21  that identification was not consistent with

22  how other people saw me.

23          Q.  Do you recall approximately what

23

1   year that would have been?

2          A.  I don't know the year.  I believe I

3   was between the ages of three or four.

4          Q.  And what is your current gender

5   identity?

6          A.  I am a woman.

7          Q.  Would it be fair to say that --

8   strike that.  Do you identify yourself as a

9   transgender woman?

10         A.  Yes.

11         Q.  Can you explain what transgender

12  means to you?

13         A.  It means that the way that I

14  understand my gender and my sex is different

15  than that which is listed on my birth

16  certificate.

17         Q.  Would it be fair to say that the

18  process of you understanding yourself to be a

19  transgender woman was a transition or involved

20  a transition?

21         A.  I would say that it is fair that

22  all human beings undergo some form of

23  transition in their life where they understand

24

1    who they are.

2         Q.   And in your case one aspect of that

3    transition was becoming aware of your identity

4    as a transgender woman?

5         A.   I wouldn't say that I became aware

6    that I was a transgender woman.  I would say

7    that I became aware that there was a term that

8    existed to explain how I felt and that there

9    was a future for me and the life I thought was

10   best for me.

11        Q.   Do you recall around what age that

12   was when you had that awareness?

13        A.   Twenty.

14             (Defendant's Exhibit Number 12 was

15             marked for identification.  A copy

16             is attached.)

17        Q.   I am going to place into the record

18   Defendant's Exhibit 12.  What is this

19   document?

20        A.   This is my legal name change

21   document.

22        Q.   And is the date on that July 22nd,

23   2013?

25

1          A.   That is correct.

2          Q.  Can you explain to me the

3    significance of legally changing your name in

4    this process of transition that we've been

5    talking about?

6          A.   Of course.  I had started living as

7    Darcy full-time on May 11th, 2013, and part of

8    the process for me was making sure that my

9    identification correctly reflected who I was

10   and who I knew myself to be and who my friends

11   knew me to be.  And so I went and changed my

12   name at the courthouse, and it was a very

13   scary experience.  I did not think that it

14   would be easy.  I felt that they would

15   discriminate against me when I told them the

16   reason.  They did look at me funny, but they

17   did issue the name change.  And it made me

18   feel -- it made me feel -- it made me feel

19   somewhat normal for the first time in my life

20   to have, you know, a legal identity that was

21   closer to who I was as a person.

22          Q.  Can you explain what you mean when

23   you said it was a scary experience to go to

1    questions about a transitional process,

2    correct?

3         A.   That is correct.

4         Q.   Would it be accurate to say that

5    that transitional process was complete on May

6    11th, 2013?

7         A.   I would say that that process had

8    begun on May 11th, 2013.

9         Q.   On May 11th, 2013, I believe the

10   way you put it was you began living as Darcy?

11        A.   Full-time.

12        Q.   And prior to that, how had you been

13   living that was different?

14        A.   My name was different.  I didn't

15   expect people to use Darcy as my name.  I

16   didn't expect people to use my gender

17   pronouns.  I had been dressing as a woman

18   since approximately June or July 2011, but I

19   had not been consistently asking people to

20   treat me as a woman because at the time I

21   still was uncertain about what gender identity

22   was.  I didn't really have a concept of it.

23   Once I did have a concept of it, the process

30

1    Can you state whether you have been diagnosed

2    with gender dysphoria disorder?

3            A.  I have.

4            Q.  Can you tell me when that was?

5            A.  I'm unable to provide you with the

6    date of that.

7            Q.  Do you know a year?

8            A.  Possibly in 2013.

9            Q.  Do you recall the name of the

10   doctor or the psychologist that made the

11   diagnosis?

12           A.  Ann Marie Delsignore.

13           Q.  So was that here in Alabama?

14           A.  Yes.

15           Q.  Can you spell the name for me?

16           A.  Ann Marie, A-N-N M-A-R-I-E

17   D-E-L-S-I-G-N-O-R-E.

18           Q.  And what is her -- what is the

19   nature of her medical training?

20           A.  She is a -- I think she's finished

21   with her Ph.D. in counseling psychology.  She

22   was working at the counseling center at Auburn

23   University.

36

1          Q.   Okay.

2          A.   Okay.

3          Q.   Fair enough.   I will be referring

4     to the paragraphs, the numbered paragraphs, as

5     opposed to the numbers at the bottom.

6          A.   Okay.

7          Q.   And do you see in paragraph four

8     where it says the plaintiffs Ms. Darcy

9     Corbitt, Ms. Destiny Clark, and Ms. Jane Doe

10    have all been personally harmed by this

11    policy?  Do you see where it says that in

12    paragraph four?

13         A.   I do see that.

14         Q.   And do you understand that this

15    policy refers to the policy for when you can

16    change the sex on your driver's license in

17    Alabama?

18         A.   I do.

19         Q.   Can you explain to me in your own

20    words how this policy has harmed you?

21         A.   Of course.   From an emotional

22    standpoint it has caused very deep emotional

23    harm.   Being publicly humiliated by ALEA

1   officials in the driver's license office in a

2   very public way when there were other people

3   present was very, very emotionally disturbing

4   to me.  The subsequent stress over this

5   lawsuit and what the outcome will be and what

6   that means for my future as both a person

7   living in Alabama as well as a person just

8   living in general has caused me loss of hours

9   at work, loss of sleep, increased visits to

10  the doctor's office, and the need to resume

11  therapy.

12          From a practical standpoint it is

13  very difficult for me to navigate the world

14  not having a driver's license in the state

15  where I live.  I work in public elementary

16  schools, and I have to produce a driver's

17  license in order to access those schools, and

18  I'm currently having to use a North Dakota

19  license.  And at the time in which I will have

20  to have an Alabama license if it does not

21  accurately define my status it will out me to

22  my employers and it will out me to the schools

23  where I work.  And the schools are mostly in

38

1   rural areas and will not take kindly to a

2   transperson working with their students.

3           It also from a philosophical

4   perspective is incredibly insulting to be

5   treated differently than other people in my

6   state, and it is also insulting that had I

7   gone to any other state and applied for a

8   driver's license with the documentation that I

9   have I would have been given a driver's

10  license that said female, and the only reason

11  I have a driver's license that says male in

12  this state is because I was previously

13  licensed here.

14          Q.  With what schools do you work?

15          A.  I'm not able to provide an answer

16  to that question.

17          Q.  Do you work in schools in

18  connection with your graduate studies?

19          A.  I do.

20          Q.  And this is as a student teacher or

21  intern or in what capacity?

22          A.  I'm the program manager for a

23  federally funded antibullying program.

41

1    of the amended complaint?

2          A.  (Witness complies.)

3          Q.  Can you tell me what you recall

4    about the basis of the allegations in

5    paragraph 69?  That would be your August 2017

6    visit to Lee County driver's license to obtain

7    an Alabama license.  Can you tell me what you

8    recall about that event?

9          A.  Are you asking for a narrative of

10   what happened at that -- on that occasion?

11         Q.  Yes.  I'm -- did you attempt -- did

12   you visit a Lee County Driver's License Office

13   in August 2017?

14         A.  I did.

15         Q.  Did you do so in order to transfer

16   your North Dakota driver's license to an

17   Alabama driver's license?

18         A.  I did do so.

19         Q.  Can you tell me what you recall

20   about your interaction there?

21         A.  Yes.  I entered the office.  I was

22   seen almost immediately, which was a

23   relatively normal experience for me at that

42

1    office.  And the clerk was very friendly.  We

2    chatted.  She said, oh, you lived in North

3    Dakota.  I said yeah.  We did the normal

4    banter about it being really cold there.  She

5    asked me why I moved back to Alabama.  I told

6    her.  Or why I had moved to Alabama, and I

7    told her because I hadn't told her I had lived

8    in Alabama before.

9            She asked if I had ever been

10   licensed in Alabama before.  I said yes,

11   provided her with my Social Security number.

12   To this point she was very friendly and

13   courteous to me.  It was normal interaction.

14   And she got really quiet after she looked me

15   up.  She didn't look at me.  She didn't talk

16   to me.  I tried to make conversation and she

17   was very brisk with me.

18            She took my picture.  And then

19   she -- I think she asked me if my weight had

20   changed, and it had.  Nothing else -- well, my

21   address had changed.  I updated that.  And

22   then she printed out a little receipt that

23   said all the information on it and was like

43

1    can you verify that all this is accurate.  And

2    I noticed the sex designation was M, and I

3    said -- I circled it and said this is not

4    accurate.

5              And she said I know, and I never

6    would have known if I hadn't seen your

7    driver's license.  And I said, well, that's

8    not accurate.  It needs to be updated.  She

9    said I am not able to update that for you.

10   And I said, well, I need you to find out how

11   you can update it because it is inconsistent

12   with the other documentation that I have and

13   the other forms of identification that I have

14   and I don't need an inconsistency in

15   identifying documents.

16             And so she called her supervisor

17   over.  And her supervisor would not look at me

18   either and was very disinterested and said you

19   just need to call Montgomery and find out.  So

20   she called Montgomery.  And when she was on

21   the phone with the person in Montgomery --

22        Q.  I'm sorry.  Let me stop you there.

23   When you said she called Montgomery, are you

44

1    referring to the supervisor or the clerk?

2         A.   The clerk.   The supervisor walked

3    away.

4         Q.   And so the examiner called and

5    spoke to someone in Montgomery?

6         A.   Yes.   And I do not know who that

7    person is.

8         Q.   And then what happened?

9         A.   She was explaining the situation,

10   and she said he is sitting here, he has a

11   North Dakota license that says female, but his

12   Alabama license says male and he wants to

13   change it and, no, he does not have a note

14   from a doctor.

15             And all this -- before all of this

16   had happened she was referring to me as she.

17   She was treating me like a woman, but when she

18   saw my driver's license from Alabama she

19   started treating me like I was a man.  She did

20   so very loudly.

21             It is an open room like this one.

22   There was someone to the right of me and to

23   the left of me.  The person to the right of me

45

1   was a woman and she looked at me very

2   pityingly.  The people on the left were two

3   men, and they looked at me with disgust.

4   There was also a state trooper present who

5   looked at me and I was afraid of the way that

6   she was looking at me.  I didn't know what it

7   meant.

8            I felt very afraid.  I did not know

9   if I was going to be safe.  I was also in a

10  situation where I didn't know how much the

11  person in front of me could help me and so I

12  wasn't able to advocate for myself or defend

13  myself or correct her.  And I had to endure

14  her insulting and detrimental behavior because

15  I didn't know if she would help me or not.

16           And this went on for about ten

17  minutes.  At one point she said it is sitting

18  here or something like that.  She referred to

19  me as it, as an object.  And then while she

20  was on hold she looked at me, and she said I

21  guess I should be saying she, huh.  And to

22  this point I was being really magnanimous.  I

23  felt like, well, she just doesn't know, but

46

```
1    the fact that she was self-aware to realize
2    that what she was doing was offensive and then
3    proceeded to continue to call me he was -- and
4    naturally that's when she said it was after
5    she acknowledged she should say she.  Then she
6    said it and then she went back to he.  Never
7    once apologized for any of that behavior.
8              And she told me that I would need
9    to either get an amended birth certificate
10   from the state where I was born or a doctor's
11   note indicating that I had had surgery before
12   the license could be updated.  And I told her
13   I refused to surrender my North Dakota
14   license; I do not want an Alabama license
15   today; and I will see you in court.  And I
16   left.  And I literally ran to my car because
17   the men on the other side of me were leaving
18   at the same time and I thought they were going
19   to beat me up in the parking lot.
20        Q.  Was it your understanding that you
21   could have obtained an Alabama license at that
22   time except it would have had an M sex
23   designation on it?
```

47

1           A.  I was unable to obtain an Alabama

2      license because I wasn't able to verify that

3      the information provided was accurate.

4           Q.  But you could have obtained a

5      driver's license with that sex designation on

6      there at that time, correct?

7           A.  I could have obtained an Alabama

8      driver's license if I lied and misrepresented

9      who I was as a person.

10           Q.  Were there any other statements

11      made to you about why you didn't satisfy the

12      policy for changing sex other than what you've

13      stated?

14           A.  There are -- no other statements

15      were made.

16           Q.  So did you, in fact, threaten to

17      file a lawsuit at that time?

18           A.  I didn't threaten.  I stated that I

19      would see her in court.

20           Q.  And what do you mean by that?

21           A.  That I would file a lawsuit.

22           Q.  Did you, in fact, file a lawsuit?

23           A.  I did, in fact, call the ACLU as

58

1    the questions that I just asked you, is your

2    status as a transgender individual something

3    that is not publicly known?

4         A.  No, it is not a secret.

5         Q.  Is your status as a transgender

6    individual something that is confidential?

7         A.  Depends on the circumstances.

8         Q.  What would be some circumstances in

9    which it would be?

10        A.  On a dark country road with a

11   police officer who pulls me over it would be a

12   confidential thing.  When I'm getting carded

13   for an alcoholic beverage it would be a

14   confidential thing.  And in any other

15   situation where I deem myself to be at

16   significant risk if that information was

17   disclosed it is a confidential thing.

18        Q.  Are you not -- are you maintaining

19   that such a disclosure would place you at

20   risk?

21        A.  I am indicating that.

22        Q.  Do you not publicly across all of

23   the internet floor that we have identified

59

1   disclose your status as a transgender

2   individual?

3           A.   Can you repeat the question?

4           Q.   Do you not already publicly

5   disclose your status as a transgender

6   individual through various social media?

7           A.   I do.  But the likelihood of a

8   random police officer or a random bartender

9   knowing that information when they interact

10  with me is very low.

11          Q.   Aren't you disclosing your

12  transgender status to a much larger volume of

13  people by means of social media than by means

14  of any government identification documents?

15          A.   In the forms in which I disclose

16  that information I control the narrative.  And

17  if I ever felt unsafe, I could pull the

18  Facebook, I could pull the website, I could

19  pull the Twitter, I could pull the Instagram.

20  In the situation of a driver's license I

21  cannot control that narrative.

22          Q.   But, of course, you don't have an

23  Alabama driver's license?

60

1          A.  I do not.

2          Q.  And your driver's license

3    identifies you as a female, does it not?

4          A.  It does.

5          Q.  So you are not disclosing any

6    transgender status by means of any driver's

7    license you currently possess, do you?

8          A.  Not at this time.

9          Q.  Don't you voluntarily accept any

10   risk created by disclosing your transgender

11   status when you disclose it through social

12   media?

13         A.  Yes.

14         Q.  Can you get an Alabama driver's

15   license without having to get medical

16   treatment you don't want?

17         A.  Not at this time, no.

18         Q.  Why not?

19         A.  Because at this time I have not

20   made the determination that I want to have the

21   procedures the state requires of me.

22         Q.  Will the State of Alabama

23   physically issue you an Alabama driver's

64

1    used your passport as your ID to vote?

2          A.   I typically use my passport, yes.

3          Q.   If you were to have an Alabama

4    license that designated your sex as male, how

5    would you typically carry that license with

6    you?

7          A.   Well, I wouldn't carry it because I

8    wouldn't accept it.  But if I had to, if I was

9    compelled to, then I would carry it in my

10   wallet and use it with hesitation.

11         Q.   Let's turn to your North Dakota

12   license.  How do you carry your North Dakota

13   license?

14         A.   With pride.

15         Q.   Okay.  Where physically do you

16   carry your North Dakota license?

17         A.   In my wallet.

18         Q.   And where do you keep your wallet?

19         A.   In my bag or at my side.  My wallet

20   is the kind that can be carried as a purse.

21         Q.   So you typically carry your North

22   Dakota license concealed within your wallet?

23         A.   As do pretty much everybody.

69

1    experiences, mostly because they didn't

2    understand why some LGBT person was talking to

3    them I'm assuming.  They definitely didn't act

4    weird around other people, so I just said

5    thank you for coming today, we really

6    appreciate your show of support and for

7    keeping us safe.

8         Q.  So they were there to provide

9    security?

10        A.  That is correct.

11        Q.  So you thanked them for allowing

12   you to --

13        A.  Be safe.

14        Q.  And you said on October 17th of

15   2018 you had an officer come to your

16   residence?

17        A.  Yes.

18        Q.  And why was that?

19        A.  Because someone has been stalking

20   me.

21        Q.  Did you call 911 in connection with

22   that incident?

23        A.  I called dispatch directly and had

79

1    get a driver's license in Alabama and because

2    I've lived here before and had a license I

3    already had a number and I was already in the

4    system.  And my old license had M on it

5    obviously and they said that because of that

6    they couldn't update it, even though my

7    passport has an F on it, even though with the

8    Social Security Administration I have an F on

9    their records, even though my North Dakota

10   license has an F on it.  I can't -- according

11   to the State of Alabama, I'm a man.

12            And let me just tell you how this

13   went down.  I went in.  She was using the

14   right pronouns of me, and then she saw it and

15   then she started using the wrong ones.  And

16   then she corrected herself and then proceeded

17   to keep using the wrong ones.  And it was just

18   totally offensive.

19            They called Montgomery and they

20   tried to like figure out what to do.

21   Basically I have to have surgery.  Well, I

22   can't afford that.  In fact, I told them if I

23   had sixty thousand dollars I would go get it