# Exhibit 30

FILED IN OFFICE THIS
JUL 22 2013
BILL ENGLISH
Judge of Probate

STATE OF ALABAMA                    IN THE PROBATE COURT

COUNTY OF LEE                       . LEE COUNTY, ALABAMA


### ORDER GRANTING CHANGE OF NAME

This day came ███████████████ whose date of birth is ████ ████ and filed ██ petition and declaration in writing under oath and in conformity with the Code of Alabama, Section 12-13-1(10), praying that ██ name be changed to **DARCY JEDA CORBITT-HALL** and it appearing that the facts stated in said petition and declaration are true and that the said ████████████████████ s a resident of this county and that ██ is over the age of nineteen (19) years and that ██ has heretofore been known by the name of ████████████████████

*NOW THEREFORE, IT IS CONSIDERED, ORDERED AND ADJUDGED* by the Court that the said petition and declaration be filed and recorded and that the said ████████████████████ henceforth shall be known by the name of **DARCY JEDA CORBITT-HALL.**

Done this the 22nd day of July, 2013.

*Bill English*
BILL ENGLISH
PROBATE JUDGE
LEE COUNTY ALABAMA