# Exhibit 32



Scanned with CamScanner