# Exhibit 36

# In The Matter Of:

*Darcy Corbitt, Destiny Clark, and Jane Doe v. Hal Taylor, etc., et al.*

---

*Destiny Clark*
*November 8, 2018*

---

*Baker Realtime Worldwide Court Reporting & Video*
*250 Commerce Street*
*Third Floor, Suite One*
*Montgomery, Alabama  36104*
*www.BakerRealtime.com*

Original File 11-8-18 Destiny Clark.txt
**Min-U-Script® with Word Index**

1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2        FOR THE MIDDLE DISTRICT OF ALABAMA

 3                 NORTHERN DIVISION

 4

 5   CIVIL ACTION NO.: 2:18-CV-00091-MHT-GMB

 6

 7   DARCY CORBITT, DESTINY CLARK, and JANE DOE,

 8        Plaintiffs,

 9   V.

10   HAL TAYLOR, in his official capacity as

11   Secretary of the Alabama Law Enforcement

12   Agency, et al.,

13   Defendants.

14

15           DEPOSITION OF DESTINY CLARK

16                 November 8, 2018

17

18           Taken before Elaine Scott, CCR,

19   Commissioner for the State of Alabama at

20   Large, in the Law Offices of the Alabama

21   Attorney General, 501 Washington Avenue,

22   Montgomery, Alabama, on Thursday, November 8,

23   2018, commencing at approximately 9:00 a.m.
```

2

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:

4    AMERICAN CIVIL LIBERTIES UNION FOUNDATION

5    Gabriel Arkles

6    125 Broad Street

7    18th Floor

8    New York, New York 10004

9

10   ALABAMA CIVIL LIBERTIES UNION FOUNDATION

11   Brock Boone

12   Randall C. Marshall

13   P.O. Box 6179

14   Montgomery, Alabama 36106

15

16   FOR THE DEFENDANTS:

17   OFFICE OF THE ATTORNEY GENERAL, STATE OF

18   ALABAMA

19   Brad A. Chynoweth

20   501 Washington Avenue

21   Montgomery, Alabama 36130

22

23

3

1        A P P E A R A N C E S (continued)

2

3   ALSO PRESENT:

4   Meredith Barnes

5

6   COURT REPORTER:

7   BAKER REALTIME WORLDWIDE REPORTING & VIDEO

8   Elaine Scott

9   250 Commerce Street

10   Third Floor, Suite One

11   Montgomery, Alabama 36104

12

13

14

15

16

17

18

19

20

21

22

23

8

1          A.   Destiny Clark.

2          Q.   When were you born?

3          A.   April 26, 1984.

4          Q.   And that would make you how old?

5          A.   Thirty-four.  But a lady never

6    tells her age.

7          Q.   Well -- I'm going to submit

8    Defendant's Exhibit 1.

9              (Defendant's Exhibit Number 1 was

10              marked for identification.  A copy

11              is attached.)

12         Q.   Is this an accurate copy of your

13   birth certificate?

14         A.   Yes, it is.

15         Q.   And what is the name on the birth

16   certificate?

17         A.   The name on the birth certificate

18   is my given name at birth.  It's ███████████

19   ████████

20         Q.   And what is the sex on the birth

21   certificate?

22         A.   The sex I was assigned at birth is

23   male.

9

1          Q.   So where did you grow up?

2          A.   I grew up in Odenville, Alabama.

3          Q.   That's in St. Clair County?

4          A.   It is.

5          Q.   Did you go to high school there?

6          A.   I did.

7          Q.   Where did you go to high school?

8          A.   St. Clair County High School.

9          Q.   What did you do after you graduated

10   high school?

11         A.   I volunteered with a fire

12   department and so I worked with an ambulance

13   and the sheriff's office for a little bit.

14   And then I moved to Birmingham.

15         Q.   Approximately when did you move to

16   Birmingham?

17         A.   Oh, goodness.  I graduated in -- so

18   '04, late '04.

19         Q.   And what did you in Birmingham

20   around 2004?

21         A.   I had a list of jobs from

22   servers -- mainly food industry.

23         Q.   And what did you do after that?

11

1          Q.   And where did you move to?

2          A.   I moved back home, back to

3     St. Clair County.

4          Q.   So you moved to St. Clair County in

5     approximately 2011?

6          A.   Sounds right, yes.

7          Q.   And when did you move to the

8     address that is on your current driver's

9     license?

10         A.   That was five years ago.  We're

11    going into our sixth year at our -- at the

12    current house.

13         Q.   What did you do in 2011 when you

14    returned to St. Clair County?

15         A.   So I immediately started working

16    for Cracker Barrel Old Country Store.

17         Q.   Okay.  And how long did you work at

18    that job?

19         A.   I'm currently still employed there.

20         Q.   So you've worked continuously at a

21    Cracker Barrel in St. Clair County from 2011

22    to the present?

23         A.   Yes.  I have two jobs currently.

12

1          Q.   What is your second job?

2          A.   I am a project recruiter and case

3    manager for Birmingham AIDS Outreach as well.

4          Q.   You said project recruiter --

5          A.   Uh-huh.

6          Q.   -- and case manager?

7          A.   And a case manager.

8          Q.   For -- what was the organization?

9          A.   Birmingham AIDS Outreach.

10         Q.   Is that paid or volunteered?

11         A.   It is paid.

12         Q.   How many times a week do you work

13   for that organization?

14         A.   I work there five days a week,

15   full-time, forty hours.

16         Q.   So your position at Cracker Barrel

17   is a part-time position?

18         A.   It is part-time now.

19         Q.   And so you work primarily on

20   weekends at Cracker Barrel?

21         A.   Weekends.  Some days I go in after

22   I leave my other job.

23         Q.   Do you have any plans on leaving

13

1    the state any time in the future?

2         A.  I do not.

3         Q.  So your current intent is to remain

4    in the state for the foreseeable future?

5         A.  This is my home, yes.

6         Q.  I'm going to introduce Defendant's

7    Exhibit 2.

8              (Defendant's Exhibit Number 2 was

9              marked for identification.  A copy

10             is attached.)

11        Q.  Can you tell me what Exhibit 2 is?

12        A.  It is my state driver's license.

13        Q.  And what is the sex designation on

14   the driver's license?

15        A.  It is the sex that I was assigned

16   at birth, male.

17        Q.  And just for purposes of this

18   deposition, when I use the word sex

19   designation I'm just referring to the field on

20   your driver's license that says sex and

21   whether it says M or F.  That's what I mean by

22   sex designation.  Is that fair?

23        A.  That's fair.

14

1          Q.  I'm going to introduce Defendant's

2     Exhibit 3.

3               (Defendant's Exhibit Number 3 was

4               marked for identification.  A copy

5               is attached.)

6          Q.  Can you tell me what this document

7     is?

8          A.  This is the order from Judge Mike

9     Bowling when I legally changed my name.

10         Q.  And when is the date of this

11    document?

12         A.  April 17th, 2015.

13         Q.  What is your current gender

14    identity?

15         A.  I am a female.

16         Q.  When did you first become aware

17    that you were a female?

18         A.  I have known from an early age that

19    I've been female.  I think maybe five is when

20    I really realized I was female.

21         Q.  Is there an age where one can say

22    that your awareness of your identity was

23    complete?

15

1            A.  Can you -- what do you mean by your

2   question?

3            Q.  Thank you for asking that.  When

4   were you first fully aware that you were

5   female?

6            A.  Safely I would say I was fully

7   aware that I was not like my brother and my

8   cousins when I was about six.  I was never the

9   type to go and do boy things.  I would stay

10  inside with my grandmother and cook, make

11  quilts.  When we did play, we would play super

12  heroes.  I would always be the female

13  character.  My favorite character was Zena.

14  So I would pretend to be Zena.  So at an early

15  age.  I would safely say about six.

16           Q.  Do you identify yourself as

17  transgender?

18           A.  I identify myself as a transgender

19  female.  However, I am a female.

20           Q.  Can you explain, in your own words,

21  what it means when you say you are a

22  transgender female?

23           A.  So in -- what I am, my gender

16

1   identity, is a female, a trans female, meaning

2   that I was assigned male at birth, but I have

3   since transitioned to female.

4           Q.  Can you explain the significance of

5   legally changing your name in that process?

6           A.  The significance, I present as

7   female.  People in my everyday life respect me

8   as a female.  Strangers look at me, they see

9   female.  ████████ is not a male name -- or is not

10  a female name, so I wanted a name that matched

11  who I was.  And so -- and I also still wanted

12  to honor my mom and my dad, so that is where I

13  left my middle name and my last name.  But

14  Destiny is the name that I chose.

15          Q.  When did you first obtain an

16  Alabama driver's license?

17          A.  Oh, goodness.  When I was sixteen.

18  It's been a few years ago.

19          Q.  So when you were sixteen.  And how

20  old were you when this name change was

21  completed?

22          A.  That was in 2015.  Thirty -- I

23  just -- twenty-nine, thirty.

17

1          Q.  When you first obtained your
2    driver's license at sixteen, what was the sex
3    designation on your driver's license?
4          A.  The sex that I was assigned at
5    birth was male.
6          Q.  Did you identify with the sex on
7    your license at that time?
8          A.  I presented as male at that time.
9          Q.  Did you consider yourself to be a
10   male at that time?
11         A.  I have never considered myself to
12   be a male.  I have always considered myself to
13   be a female.  However, at the time of my
14   sixteenth birthday when I obtained my driver's
15   license I had to identify as male.
16         Q.  What do you mean when you say you
17   had to identify as male?
18         A.  My parents and family would not
19   accept me transitioning.
20         Q.  I see.  When did you move out from
21   living with your parents?
22         A.  When I was eighteen years old.
23         Q.  Was there a time when you were able

18

1    to establish your identity independently as

2    fully female?

3          A.   So in a transgender person's life

4    they have many stages of coming out.  I

5    originally came out as gay to hide the stigma

6    that was related to transpeople.  Transpeople

7    have never been openly accepted in the world,

8    and this is Alabama.  So I originally came out

9    as male.  I started to secretly take hormones

10   and dress privately as female -- in my own

11   home as female.  Several of my close friends

12   knew, but outwardly I still presented as a

13   male.

14         Q.   And you referred to stages of

15   coming out.

16         A.   Uh-huh.

17         Q.   Can you just take me through the

18   stages of your becoming or recognizing

19   yourself as female?

20         A.   Can you elaborate on your

21   question?

22         Q.   So you said that there were certain

23   stages.

19

1        A.   Yes.

2        Q.   And I believe you said that the

3    first stage was identifying as a gay male?

4        A.   Yes.   At first I identified as a

5    gay male.

6        Q.   And can you recall approximately

7    what age you were when you reached that first

8    stage?

9        A.   Eighteen.   That was right after I

10   moved out of my parents' house.

11       Q.   And what would have been the next

12   stage after that?

13       A.   The next stage as far as when did I

14   publicly or --

15       Q.   I think the next stage -- in

16   whatever order.   The next stage in your

17   awareness as you said that -- as I understand

18   it you said it's a process.

19       A.   Uh-huh.

20       Q.   And I'm just asking you

21   chronologically to take me through this

22   process.

23       A.   Sure.   So, like I said, I've always

20

1    known I was female.  I did not know another

2    transgender individual until I moved to

3    Birmingham, and then I could actually put

4    something on there.  I was about twenty-one

5    when I met another trans individual and could

6    sit down and talk with her, and we connected.

7    It was just like the light bulb came on.

8         Q.   And what do you mean by that when

9    you say the light bulb came on?

10         A.   So I didn't feel like I was

11   mentally ill.  I felt like I knew what I was.

12   I knew it felt like I knew who I was.  It was

13   just getting to the point where I could be who

14   I am.

15         Q.   Would it be accurate to say that

16   when you were twenty-one and you met this

17   individual and had these conversations you

18   became aware of what you had always been?

19         A.   So are you asking if when I met

20   this person is that when I started to identify

21   or what is your question?

22         Q.   When you understood what it meant

23   to be a transgendered individual.

21

1          A.   Yeah, I would safely say that was
2    when I --
3          Q.   When you understood what it was to
4    be a transgender individual?
5          A.   Yes.
6          Q.   And that you were such an
7    individual?
8          A.   Yes.
9          Q.   And that you were a female?
10          A.   Yes.
11          Q.   So that was approximately when you
12    were twenty-one?
13          A.   Uh-huh.
14          Q.   And you had an Alabama driver's
15    license at that time?
16          A.   I did.
17          Q.   And the sex on that license was
18    male?
19          A.   It was male, the --
20          Q.   The sex -- I'm sorry.  The sex
21    designation on your license at that time was
22    male?
23          A.   Correct.  It was my assigned birth.

22

1        Q.   What was the next stage as you put

2    it after the occasion when you were twenty-one

3    and met this individual and had an

4    understanding of what it meant to be

5    transgender?  Would there be another stage or

6    development after that?

7        A.   For me personally -- each

8    individual has different stories.  For me

9    personally, I started to transition and then

10   stopped for one reason or the other, whether

11   it be fear of rejection from society, fear of

12   rejection from family, fear of rejection from

13   friends.  So I kept my trans identity very

14   private until I was about twenty-six, twenty-

15   seven.

16       Q.   And when you say you started your

17   transition and stopped it, are you referring

18   to publicly identifying yourself as --

19       A.   No.  I have always dressed

20   privately and with friends -- one of the ways

21   that I made cash at that point in time was I

22   would perform at local drag shows.  So I've

23   always been known as Destiny, but when I

23

1    say -- when I started and stopped my

2    transition, there were times when I would

3    start hormones and then for one reason or the

4    other I would stop, whether it be financial

5    because medical insurance wasn't steadily

6    available or I just could not get the hormones

7    at the time for one reason or the other.

8           Q.   And so this was around the time

9    when you were living in Birmingham in 2004?

10          A.   Uh-huh.

11          Q.   And you would dress as a woman in

12   drag shows?

13          A.   Yes.

14          Q.   Would you dress as a woman in your

15   everyday life?

16          A.   Not at work, but if I was at home,

17   privately I identified as female.

18          Q.   And what would be the next stage in

19   your transition then from this time period?

20          A.   After I moved to North Carolina and

21   then back, I found my current doctor,

22   Dr. Weisberg.  I started to see him for

23   hormone therapy.  I then went to Dr. Keith

24

1  Abrams for my letter to start hormones.  You

2  have to legally see a psychiatrist in the

3  State of Alabama before you are able to start

4  hormones.  That's when I was diagnosed with

5  gender dysphoria and I legally started my

6  hormones, and I have been on hormones ever

7  since and I will be on hormones every day for

8  the rest of my life.

9          Q.  Are you aware that your attorneys

10  have objected to you revealing any of these

11  medical conditions about yourself?

12          A.  Can you -- what do you mean by

13  that?

14          Q.  Are you aware that the state

15  requested the plaintiffs identify medical

16  conditions about themselves, such as whether

17  the plaintiffs had been diagnosed with gender

18  dysphoria and that your attorneys declined to

19  answer those questions?

20          A.  Uh-huh.

21              MR. ARKLES:  Can we take a break?

22              MR. CHYNOWETH:  Yes.

23              (Break taken.)

25

1          MR. ARKLES:  So just to state, we

2    don't have any objections to the questions

3    that you've been asking today.  They are

4    different than the questions in the

5    interrogatories and we feel -- we have no

6    objections to the questions you've been asking

7    thus far.

8          MR. CHYNOWETH:  Okay.

9

10   BY MR. CHYNOWETH:

11        Q.  I believe where we left off you

12   were discussing when you had returned to

13   St. Clair County from Asheville, North

14   Carolina; is that correct?

15        A.  We were talking about my medical

16   history and Dr. Abrams and Dr. Weisberg.

17        Q.  I'm going to ask you some questions

18   and your attorneys might make an objection.

19   Can you state whether you have been diagnosed

20   with gender dysphoria disorder?

21        A.  From Dr. Keith Abrams.

22        Q.  When was that?

23        A.  Oh, goodness.  I do not recall the

26

1   exact -- it was right when I began legally my

2   legal/medical transition.

3           Q.   That would have been sometime after

4   2010 or 2011 when you returned to the state?

5           A.   I think so, yes, correct.  But,

6   again, I don't know the exact date.  So I --

7   if I -- yeah.  I can get the information.  I

8   just don't know it right off the top of my

9   head.

10          Q.   Where is Dr. Abrams located?

11          A.   He is located in Birmingham.

12          Q.   When you returned -- did you obtain

13  a North Carolina license when you were living

14  in North Carolina?

15          A.   I did not have -- I kept my Alabama

16  state license.

17          Q.   So you -- have you had an Alabama

18  driver's license continuously since the age of

19  sixteen?

20          A.   Yes, I have.

21          Q.   And at all times the sex

22  designation on that license was M?

23          A.   Yes, it was.

32

1    government identification document besides

2    your Alabama driver's license?

3            A.   My Alabama driver's license, my

4    birth certificate, my Social Security card.

5            Q.   But you have always been aware that

6    your Alabama license had M as the sex

7    designation on it?

8            A.   Yes.  It's never changed.

9            Q.   Was there a time where it first

10   bothered you that your sex on your license was

11   M?

12           A.   Yes, when I was sixteen when I got

13   the driver's license.

14           Q.   It has bothered you ever since that

15   time?

16           A.   Very much so.

17           Q.   Can you state your understanding of

18   the state's policy for when you can change

19   your sex on a driver's license?

20           A.   So the policy states, when I was

21   finally able to read the policy -- and I do

22   not know this word-by-word -- once a person

23   has gender-confirming surgery.  It does not

33

1    state what gender-confirming surgery you have

2    to have, so --

3            Q.  Can you explain to me in your own

4    words how your inability to change the sex on

5    your driver's license has harmed you?

6            A.  Sure.  I try not to show my ID at

7    all.  It's a pain in the butt to show my ID.

8    People look at it differently.  There was a

9    time I was pulled over by a police officer as

10   we were leaving for vacation.  We left late at

11   night so we can get there early in the

12   morning.  The demeanor of the officer changed

13   when the officer realized that I identified as

14   female but my driver's license says male.

15           If we go out to a restaurant and I

16   order drinks, I try to avoid showing my ID at

17   all costs.  So I try not to drink socially

18   unless I know the bartender or the person

19   knows me and knows that I'm a legal adult.

20           This recent instance is this past

21   Tuesday during voting.  I presented as

22   female.  I am a female.  The clerk at the

23   polling place referred to me with male

34

1   pronouns and called me a sir in front of fifty

2   or so people.

3            So it's very dangerous for a

4   transperson to have that identification

5   because of the way people treat you and the

6   way -- the officer easily could have been

7   worse than what he was.  If someone would have

8   heard the polling person call me sir and refer

9   to me with male pronouns and they wanted to

10  cause a ruckus outside of the polling place,

11  it's a danger to myself.

12           Q.  I'm going to ask you some questions

13  about some of the allegations in the

14  complaint, and I'm going to give you a copy

15  for your reference.  I'm not going to put it

16  in as an exhibit, if that's okay with you.

17           MR. ARKLES:  That's fine.

18           A.  What page are you starting from?

19           Q.  Can you turn to paragraph four?

20  And I believe we just covered some of this,

21  but do you see in paragraph four where it says

22  Ms. Clark avoids lawful activities that could

23  lead her to have to show her license?

35

1          A.   Uh-huh.

2          Q.   Can you tell me what that

3    allegation is based on?

4          A.   Well, the -- it's not an

5    allegation.  It's those events that I just

6    previously described to you:  Being pulled

7    over by a police officer; I don't show my ID

8    at grocery stores to buy alcohol; I don't go

9    to places where I would be required to show my

10   ID; just this past week with voting.  So those

11   are some of the things.

12         Q.   So when you voted on Tuesday you

13   used your Alabama driver's license as your

14   photo ID?

15         A.   I do.  It was this photo -- this

16   driver's license right here.

17         Q.   And you're pointing to Defendant's

18   Exhibit 2?

19         A.   My -- Exhibit Number 2.

20         Q.   Can you turn to page 15?  Does it

21   say in paragraph 77 that you have corrected

22   your gender with the Social Security

23   Administration?

36

1          A.  Yes, it does.

2          Q.  What did that process involve?

3          A.  The process involved I took the

4    probate order from Judge Bowling to the Social

5    Security office in Trussville.  The nice lady

6    behind the desk said I assume you would like

7    me to change this from male to female, and I

8    said yes, please.  She changed it right then

9    and there.

10          Q.  So the only thing that was required

11   was the proof of your change of name?

12          A.  Correct.

13          Q.  Do you see paragraph 78 where it

14   says Ms. Clark has tried to change the gender

15   listed on her Alabama license multiple times?

16          A.  I do.

17          Q.  Do you recall how many times you

18   have tried to change the gender on your

19   license?

20          A.  Three.  And then I stopped.

21          Q.  Can you tell me when you recall the

22   first time was?

23          A.  The first time was shortly after I

37

1    changed my name legally.

2         Q.  So that would have been in

3    approximately April of 2015?

4         A.  Correct.

5         Q.  Where was that?

6         A.  That was in Pell City.

7         Q.  Can you tell me what happened when

8    that happened?

9         A.  Sure.  I went to the driver's

10   license office, and they sent me downstairs to

11   the state examiner.  The state examiner then

12   told me I had to contact the Montgomery

13   office.  I contacted the Montgomery office,

14   and that was when I first spoke with

15   Ms. Eastman.  That was when she said it's a

16   simple process.  All I have to do is backspace

17   the M and put an F and the next day you're

18   ready to get your driver's license changed.  I

19   just need the documents from your doctor.

20   That is when I sent all of the information I

21   had, plus my letter from my doctor.  And

22   that's when it was denied the first time.

23         Q.  Can you tell me any other details

41

```
 1          A.  Yes, P1.  I apologize.
 2          Q.  The letter in P1.  So Dr. Bowling
 3    in that letter refers to a surgical procedure
 4    related to gender transformation on March 2nd,
 5    2016.  Is that referring to breast
 6    augmentation surgery?
 7          A.  That is correct.
 8          Q.  Do you recall -- so you recall a
 9    second time in which you attempted to have
10    your sex changed on your driver's license?
11          A.  Yes.
12          Q.  And P1 was submitted in connection
13    with that second request?
14          A.  Correct.
15          Q.  Do you -- can you tell me the
16    details of that process?
17          A.  So I sent this -- this to
18    Ms. Eastman.  I did not give her any further
19    information other than this, and that is when
20    she says, well, if you have it, we can do it.
21    And I sent it to her and I did not hear
22    anything from her.  That was the second time I
23    called.  Two days later without hearing
```

42

```
 1    anything from anyone from earlier I called and
 2    spoke with someone who was under Ms. Eastman.
 3    And then she said Ms. Eastman called the
 4    doctor's office without my permission to
 5    receive information about my medical care, and
 6    that was when Ms. Eastman then denied the
 7    change again.
 8            Q.  Do you recall any discussions with
 9    Ms. Eastman about what kind of medical
10    documentation would be sufficient to have your
11    sex changed on your license?
12            A.  She said the full surgery.  So the
13    full surgery for me is breast augmentation.
14            Q.  What did you understand her to mean
15    by full surgery?
16            A.  My understanding was that she
17    wanted the full surgery.  So for my full
18    surgery, my full surgery was breast
19    augmentation.  The only thing I can assume
20    that she was thinking was she wanted that I
21    have the full sexual reassignment surgery.
22            Q.  And do you understand what full
23    sexual reassignment surgery means?
```

43

1          A.   So, again, sexual reassignment, the

2    full surgery is different for different

3    individuals.   For myself the full surgery

4    was -- ended at my breast augmentation.

5          Q.   Do you understand what Ms. Eastman

6    meant by full sex reassignment surgery?

7          A.   I can only assume she meant that

8    she wanted me to have the full sexual

9    reassignment surgery.

10         Q.   Which would be what?

11         A.   It would mean that I would have to

12   go through a full sex change.

13         Q.   And do you understand what that

14   process entails?

15         A.   I do.

16         Q.   So we've talked about two attempts

17   to change your driver's license in which you

18   had conversations with Ms. Eastman.   Has there

19   been any other attempt to change your license?

20         A.   There has not.

21         Q.   So can you tell me whether the

22   allegations in paragraphs 79 through 85 refer

23   to the first or the second of those

46

1    attempt to change the sex on your license you

2    sent P1 as well as P2 again?

3          A.   Correct.

4          Q.   In paragraph 87 does the complaint

5    refer to a traffic stop by a police officer in

6    Odenville?

7          A.   It does.

8          Q.   Do you recall what year that was?

9          A.   I do not.  It was two or three

10   years ago.  We were -- myself, my sister, my

11   niece, and my boyfriend were going down to see

12   my mother who lives in south Alabama.

13         Q.   And were you required to show your

14   driver's license in connection with that

15   traffic stop?

16         A.   I was.  This is the traffic stop

17   that I previously told you about earlier.

18         Q.   Correct.  Can you just take me

19   through the details of that incident?

20         A.   Sure.  So we left late at night

21   because we wanted to drive all night to be

22   there all day to get on the beach.  Pulled out

23   of the street we live on.  My sister and I

47

1   live in the same subdivision.  We pulled out.

2   And I noticed a car behind me.  It was late at

3   night.  The officer waited until right before

4   his jurisdiction ended.  Here's the parking

5   lot.  Here's the sign that said his

6   jurisdiction ended in a different city.  And

7   they pulled me over.  And the demeanor of the

8   officer was really nice, where are you headed

9   to, just checking things, it's kind of out

10  late for somebody to be leaving, I just want

11  to be sure everything is okay, can I see your

12  driver's license.  I said sure.  I gave him my

13  driver's license.  He came back.  His demeanor

14  was completely changed.  At one point in time

15  he told me to slow down, shouldn't be out this

16  late.  I'm like okay.  So the demeanor of the

17  officer quickly changed when he saw the

18  driver's license.

19         Q.  And you believe that this was the

20  result of seeing the sex designation on your

21  driver's license?

22         A.  I'm one hundred percent positive.

23  Odenville is a very small town and it's very

59

1    viewable?

2         A.   Yes, there are.

3         Q.   And those are things related to

4    your activity as a transgender activist?

5         A.   Yes.

6         Q.   That's all.  I'm done with that

7    line of questioning.

8              Can you explain what you mean by

9    being a transgender activist?

10        A.   And I shouldn't say transgender

11   activist because I'm not an activist just for

12   transpeople.  I'm an activist for the LGBTQ

13   people and the LGBTQ community.

14        Q.   And does that involve your

15   membership in certain organizations?

16        A.   It does.

17        Q.   And what are some of those

18   organizations?

19        A.   I am currently the president of

20   Central Alabama Pride, the largest and oldest

21   LGBTQ Pride organization in Alabama.  I'm also

22   queen for the Magic City Sisters of Perpetual

23   Indulgence.

71

1          Q.  Do you understand that you could

2     obtain a U.S. passport that would designate

3     your sex as female?

4          A.  According to this?  I've not ever

5     known it to be, so this is a first time seeing

6     this.  I've never had the need for a passport.

7          Q.  Would you like to have a passport

8     that designated your sex as female?

9          A.  I would like to have a driver's

10    license that designate it.  I mean, I have no

11    plans to travel so I wouldn't see the need for

12    a passport.

13         Q.  Well, my question was would you

14    like to have a passport that said that your

15    sex was female on it?

16         A.  I don't see a need for it because I

17    have no plans to travel, and I don't leave the

18    country.

19         Q.  Can you use a passport for things

20    other than travel?

21         A.  Well, I assume you can.  It is a

22    United States document.

23         Q.  If you wanted to obtain a passport,

79

1   And then the third time was after the breast

2   augmentation.

3          Q.   Okay.   Thank you.   And how many

4   years have you worked in the food industry?

5          A.   Since I was eighteen.   So it's been

6   a good many years, thirteen plus.

7          Q.   And in the course of your work in

8   the food industry, do you need to verify

9   people's age before serving them alcohol?

10         A.   Yes.

11         Q.   And how many times has somebody

12  presented a passport to you to verify their

13  age in those years?

14         A.   I have never had anyone to present

15  a passport for age verification.

16         Q.   If somebody did show you a passport

17  to verify their age, how would you react to

18  that?

19         A.   It would kind of shock me because

20  it's never been done, but -- it would take me

21  a little bit longer to find where the birth

22  date is because I have never looked at the

23  passport.

80

```
1            Q.   Thank you.  And could you describe
2   how you understand the risk to yourself when
3   you post on Facebook about a transgender
4   event?
5            A.   So the risk to myself on Facebook,
6   there are keyboard warriors, and I can take
7   keyboard warriors.  Those don't necessarily
8   mean that I'm going to be physically harmed.
9   They can't come through the computer and punch
10  me in the face.
11           Q.   Could you describe what you mean by
12  keyboard --
13           A.   Keyboard warriors are those who
14  post awful things about transpeople, trans
15  violence, who -- I think one of my emails I've
16  gotten is freak, I'm going to kill you, I'm
17  going to hang you.  Those are just some of the
18  messages.
19           Q.   Okay.  And how is that different
20  from the risk that you anticipate when you
21  share your license with somebody who is right
22  in front of you?
23           A.   If I show them right in front of
```

81

1   me, it's a great risk because they see it.

2   We're feet from each other.  The harm is right

3   there.

4           Q.  What do you mean by right there?

5           A.  It's in the two feet vicinity

6   from -- if someone wants to see that and wants

7   to commit a violent crime, they can do so.

8           Q.  Okay.  And what is the risk that

9   you perceive to yourself when you are

10  participating in -- well, I'm sorry.  Withdraw

11  that.

12          When you serve as queen with the

13  Sisters of Perpetual Indulgence what sort of

14  events do you appear at?

15          A.  The only events that we've ever

16  really appeared at that -- when I have been

17  queen has been LGBTQ events to raise funds for

18  HIV awareness.

19          Q.  Okay.  And is it fair to say they

20  are a lot of LGBTQ people at those events?

21          A.  It's predominantly LGBTQ people and

22  their allies.

23          Q.  And so what's the risk that you

82

1    perceive to yourself when you appear publicly

2    at those events?

3         A.   At those events I don't -- I don't

4    feel like I'm at harm because I do have enough

5    people that if something were to happen I

6    would be quickly defended.

7         Q.   And how is that different from the

8    risk that you perceive when showing your

9    driver's license to a stranger?

10        A.   A stranger, I don't know how

11   they're going to react with that.  There's

12   always the risk of violence.  So if they see

13   that and they choose to be -- I'm here in the

14   south -- there are really -- there's a lot of

15   hate groups.  So if one of them particularly

16   wants -- is a hate -- part of that hate group

17   and I don't know it and they ask for the ID

18   it's very simple that they could commit

19   violence right there, beat me up, shoot me, do

20   something.

21             MR. ARKLES:  Thank you.  Those are

22   all of my questions.  Do you have any follow-

23   ups?