# Exhibit 38

IN THE PROBATE COURT FOR ST. CLAIR COUNTY ALABAMA

NORTHERN JUDICIAL DIVISION AT ASHVILLE

IN THE MATTER OF:

THE NAME CHANGE OF ▮▮▮▮▮▮▮▮, an adult

DATE OF BIRTH: ▮▮▮▮▮▮▮

CASE NO. N-2015-143

ORDER

A Declaration having been filed in writing under the provisions of Title 12 Section 12-13-1, *Code of Alabama,* praying for a name change as set out above, and it appearing to the Court that the facts set out are true and correct, therefore, it is CONSIDERED and ADJUDGED that

▮▮▮▮▮▮▮▮▮▮▮▮

Henceforth shall be known by the name of:

**DESTINY LYNN CLARK**

And that the Declaration and Order be filed and recorded in this Court in the manner and form prescribed by law.

Done and Entered this the 17th day of April 2015.

*Mike Bowling*
_____
Judge of Probate