IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-91-MHT-GMB |
| ) | |
| HAL TAYLOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS UNDER SEAL**

Pursuant to the Protective Orders entered by this Court (Doc. 41)(Doc. 43), Plaintiffs herby file the following documents under seal:

- Medical Record D1170, attached hereto as Exhibit 6
- Medical Record D1154, attached hereto as Exhibit 7
- Medical Record D1166, attached hereto as Exhibit 8
- Medical Record D1174, attached hereto as Exhibit 9
- Medical Record D1139, attached hereto as Exhibit 10
- Medical Record D1126, attached hereto as Exhibit 11
- Medical Record D1250, attached hereto as Exhibit 12
- Medical Record D226, attached hereto as Exhibit 13
- Medical Record of Darcy Corbitt, attached hereto as Exhibit 31
- Medical Record of Destiny Clark, attached hereto Exhibit 39
- Deposition of Jane Doe, attached hereto as Exhibit 41
- Declaration of Jane Doe, attached hereto as Exhibit 42
- Name Change Order of Jane Doe, attached hereto as Exhibit 43
- Medical Record of Jane Doe, attached hereto as Exhibit 44

Respectfully submitted this 8th day of February 2019.

s/ Brock Boone
Brock Boone
Randall C. Marshall
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754

1

bboone@aclualabama.org
rmarshall@aclualabama.org

Rose Saxe
Gabriel Arkles
ACLU LGBT & HIV Project / ACLU Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2605
rsaxe@aclu.org
garkles@aclu.org
*Admitted Pro Hac Vice*
**Counsel for Plaintiffs Darcy Corbitt, Destiny Clark, and Jane Doe**

## **CERTIFICATE OF SERVICE**

      I certify that on February 8, 2019, I filed the foregoing Notice electronically using the Court's CM/ECF system, which will serve all counsel of record. I further certify that I emailed the SEALED to all counsel of record.

s/ Brock Boone