IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-91-MHT-GMB |
| ) | |
| HAL TAYLOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR OPPOSITION**

**TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully submit the following exhibits in support of their contemporaneous filed Opposition to Defendants' Motion for Summary Judgment.

60. Will Oremus, Facebook Changed 14 Million People's Privacy Settings to "Public" Without Warning, Slate (June 7, 2018)

61. Brian Barrett, *The Facebook Privacy Setting That Doesn't Do Anything At All*, Wired (March 27, 2018)

62. Alex Hern, *Facebook is Chipping Away at Privacy—and My Profile Has Been Exposed*, The Guardian (June 29, 2016)

63. Katharine Lagrave, *4 Ways People Steal Your Passport*, Conde Nast Traveler (Aug. 15, 2016)

64. Department of State, United States Passport Fees (Feb. 20, 2018)

65. Gottfried Leibbrandt, *How fast is that buck? The velocity of money*, Statistics of Payments, Swift Institute, (2012)

66. Email from Gayle Boliou, Supervisor, Driver Services, Department of Finance and Administration (Apr. 7, 2011, 3:38 p.m.)

1

67. Curtis M. Wong, *Arkansas Has Been Offering a Nonbinary Gender Option on State IDs for Years*, Huffington Post (Oct. 17, 2018)

68. District of Columbia Department of Health, Gender Designation Policies, Procedures, and Instructions

69. Registry of Vital Records and Statistics, Massachusetts Dep't of Pub. Health, Physicians Statement in Support of Amendment of a Birth Certificate Following Medical Intervention for the Purpose of Sex Reassignment (Apr. 1, 2016)

70. Registry of Motor Vehicles, Massachusetts Gender Designation Change Form (last visited March 7, 2019)

71. *Violence Against the Transgender Community in 2017*, Human Rights Campaign

72. U.S. Dep't of Justice, Bureau of Justice Statistics PREA Data Collection Activities, 2015 2 (June 2015)

73. Valerie Jenness et al, *Violence in California Correctional Facilities: An Empirical Examination of Sexual Assault 3* (2007)

74. InterACT: Advocates for Intersex Youth, Media Guide Covering the Intersex Community 2

75. Gwen Sharp, *Physiognomy: Face, Bodies, and the "Science" of Human Character,* Sociological Images 6 (Jan. 30, 2015)

76. Marissa Alperin, *Constructing Jewish Bodies in Germany through Physical Culture and Racial Pseudo-Science 4* (2018)

77. Lutz Kaelber, *Eugenics: Compulsory Sterilization in 50 States: Alabama* (2012)

Respectfully submitted this 8th day of March 2019.

                    <u>s/ Brock Boone</u>
                    Brock Boone
Randall C. Marshall
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
bboone@aclualabama.org
rmarshall@aclualabama.org

Rose Saxe
Gabriel Arkles
ACLU LGBT & HIV Project / ACLU Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2605
rsaxe@aclu.org
garkles@aclu.org
*Admitted Pro Hac Vice*
***Counsel for Plaintiffs Darcy Corbitt, Destiny Clark, and Jane Doe***

## **CERTIFICATE OF SERVICE**

I certify that on March 8, 2019, I filed the foregoing electronically using the Court's CM/ECF system, which will serve all counsel of record.

s/ Brock Boone