IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARCY CORBITT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv91-MHT |
| | ) | (WO) |
| HAL TAYLOR, in his | ) | |
| official capacity as | ) | |
| Secretary of the Alabama | ) | |
| Law Enforcement Agency, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At oral argument today, the parties agreed to submission of the case on the record, with the restrictions of Federal Rule of Procedure 56 not applying. Therefore, and as stated during the hearing, the court will deny the parties' cross-motions for summary judgment. The issue remaining for the court to decide is whether to decide the case on the paper record or to hold a trial as to some or all issues.

**\*\*\***

Accordingly, it is ORDERED that the parties' motions for summary judgment (doc. nos. 46 & 50) are denied.

DONE, this the 30th day of July, 2019.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE