IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, DESTINY CLARK, and JOHN DOE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. ) 2:18-cv-00091-MHT-GMB |
| HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency; Colonel CHARLES WARD, in his official capacity as Director of the Department of Public Safety; DEENA PREGNO, in her official capacity as Chief of the Driver License Division, and JEANNIE EASTMAN, in her official capacity as Driver License Supervisor in the Driver License Division, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

JOINT STIPULATION ON THE APPLICABILITY OF POLICY ORDER 63
TO NONDRIVER IDENTIFICATION CARDS

The parties to this case, by and through the undersigned counsel, hereby jointly stipulate that "[t]he same degree of proof of identification required of applicants for driver's licenses in this state shall be required of applicants for nondriver identification cards," Ala. Code 32-6-1(c), and Alabama Law Enforcement Agency Policy Order No. 11 states that "[i]ssuance and cancellation of the non-driver identification card will be limited to the same terms and conditions that apply to an Alabama driver license." *See* Exhibit A. Defendants represent that the requirements of Policy Order 63 apply to requests to change the sex designation on a nondriver identification card issued by the Alabama Law Enforcement Agency pursuant to Alabama Code § 32-6-1(c), and Plaintiffs have no information to the contrary.

| | |
|---|---|
| /s Gabriel Arkles<br>Brock Boone, ASB- 2864-L11E<br>Randall C. Marshall, ASB- 2864-L11E<br>ACLU OF ALABAMA<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>(334) 265-2754<br>bboone@aclualabama.org<br>rmarshall@aclualabama.org<br><br>Gabriel Arkles*<br>Rose Saxe*<br>ACLU LGBT & HIV Project/ ACLU Foundation<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>(212) 549-2605<br>(212) 549-2560 (fax)<br>rsaxe@aclu.org<br>garkles@aclu.org<br>* *Admitted Pro Hac Vice*<br><br>**Counsel for Plaintiffs** | Respectfully submitted,<br><br>Steve Marshall<br>   *Attorney General*<br><br>By:<br><br>/s Brad A. Chynoweth<br>Brad A. Chynoweth  (ASB-0030-S63K)<br>Winfield J. Sinclair  (ASB-1750-S81W)<br>   *Assistant Attorneys General*<br><br>State of Alabama<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br>(334) 242-7300<br>(334) 353-8440 (fax)<br>bchynoweth@ago.state.al.us<br>wsinclair@ago.state.al.us<br><br>**Counsel for Defendants** |