IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:18-cv-91-MHT-SMD |
| | ) |
| HAL TAYLOR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **MOTION TO WITHDRAW**

Brock Boone respectfully moves to withdraw as counsel of record in this case for the Plaintiffs. The undersigned is leaving the American Civil Liberties Union of Alabama, and other counsel of record for the Plaintiffs will continue to represent them in this matter.

Respectfully submitted this 4th day of February 2020.

/s/ Brock Boone
Brock Boone

1

Brock Boone
Randall C. Marshall
ACLU of Alabama
P.O. Box 6179
Montgomery, AL 36106
bboone@aclualabama.org
rmarshall@aclualabama.org

Gabriel Arkles
Rose Saxe
ACLU LGBT & HIV Project / ACLU Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2605
rsaxe@aclu.org
garkles@aclu.org
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that I have, on February 4, 2020, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF filing system which serve all counsel of record.

/s/ Brock Boone
Brock Boone
