IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.       ) | CASE NO. 2:18-cv-91-MHT-SMD |
| ) | |
| HAL TAYLOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully provide the Court with notice of supplemental authority, *Bostock v. Clayton County*, ___ S. Ct. _____, No. 17-1618, 2020 WL 3146686 (U.S. June 15, 2020), which was decided after dispositive motions in the above-captioned case were fully briefed.

In their summary judgment briefing, Plaintiffs cited the Sixth Circuit decision, *Equal Employment Opportunity Comm'n v. R.G. &. G.R. Harris Funeral Homes, Inc.*, 884 F.3d 560, 569 (6th Cir. 2018). *See* ECF No. 51 at 58.  This decision was affirmed by the Supreme Court of the United States *sub nom. Bostock v. Clayton County.*

Respectfully submitted this 1st day of July 2020.

/s/ Gabriel Arkles
Gabriel Arkles


Randall C. Marshall
ACLU of Alabama
P.O. Box 6179
Montgomery, AL 36106
rmarshall@aclualabama.org

Gabriel Arkles
Rose Saxe
ACLU LGBT & HIV Project / ACLU Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2605
rsaxe@aclu.org
garkles@aclu.org
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that I have, on July 1, 2020, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF filing system which serve all counsel of record.

/s/ Gabriel Arkles
Gabriel Arkles
