IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-91-MHT-SMD |
| ) | |
| HAL TAYLOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Status Conference is GRANTED.

_____
U.S. District Court Judge Myron H. Thompson
_____
Date