**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| DARCY CORBITT, et al.,     )<br>                            )<br>    Plaintiffs,            )<br>                            )<br>    v.                      )<br>                            )<br>HAL TAYLOR, in his          )<br>official capacity as        )<br>Secretary of the Alabama    )<br>Law Enforcement Agency,     )<br>et al.,                     )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>   2:18cv91-MHT<br>       (WO) |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiffs Darcy Corbitt, Destiny Clark, and Jane Doe, and against defendants Hal Taylor, Charles Ward, Deena Pregno, and Jeannie Eastman.

(2) It is DECLARED that the policy of the Alabama Law Enforcement Agency entitled "Subject: Changing Sex

on a Driver License Due to Gender Reassignment," also known as Policy Order 63, as it has been applied to plaintiffs Corbitt, Clark, and Doe, is unconstitutional.

(3) Defendants Taylor, Ward, Pregno, and Eastman are **ENJOINED** and **RESTRAINED** from failing to issue to plaintiffs Corbitt, Clark, and Doe new driver licenses with female sex designations, upon application for such licenses by them.

It is further ORDERED that costs are taxed against defendants Taylor, Ward, Pregno, and Eastman, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of January, 2021.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE