IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Darcy Corbitt, Destiny Clark, and, Jane Doe, <br><br>　　Plaintiffs, <br><br>　v. <br><br>Hal Taylor, in his official capacity as Secretary of the Alabama Law Enforcement Agency; Col. Charles Ward, in his official capacity as Director of the Department of Public Safety; Chief Deena Pregno, in her official capacity as Chief of the Driver License Division; and, Jeannie Eastman, in her official capacity as Driver License Supervisor in the Driver License Division, <br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. <br>2:18-cv-91-MHT-SMD |

## NOTICE OF APPEAL

Defendants—Hal Taylor, in his official capacity as Secretary of the Alabama Law Enforcement Agency, Col. Charles Ward, in his official capacity as Director of the Department of Public Safety, Chief Deena Pregno, in her official capacity as Chief of the Driver License Division,[1] and Jeannie Eastman, in her official capacity as Driver License Supervisor in the Driver License Division—hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Opinion (doc. 101) and Judgment (doc. 102) entered on January 15, 2021, as well as from all earlier rulings, opinions, and orders adverse to them in this case.

---

[1] Chief Pregno has since retired, but no one has yet assumed her title at ALEA, and so this official capacity suit has continued in her name. *See* Fed. R. Civ. P. 25(d); Fed. R. App. P. 43(c).

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Brad A. Chynoweth
Brad A. Chynoweth (ASB-0030-S63K)
  *Assistant Chief Deputy Attorney General*
James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
  *Assistant Attorneys General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8440
Brad.Chynoweth@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov

***Counsel for the Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiffs: Gabriel Arkles (garkles@transgenderlegal.org); Randall Marshall (rmarshall@aclualabama.org); Rose Saxe (rsaxe@aclu.org); Kaitlin Welborn (kwelborn@aclualabama.org); and LaTisha Gotell Faulks (tgfaulks@aclualabama.org).

        s/ Brad A. Chynoweth
        Counsel for the Defendants