# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

## February 12, 2021

| | |
|---|---|
| **DEBRA P. HACKETT** <br> CLERK | **MAILING ADDRESS:** <br> One Church Street, Suite B-110 <br> MONTGOMERY, AL 36104 <br> (334)954-3610 |

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.              **Re:**   District Court No. 2:18-cv-00091-MHT-SMD
Atlanta, Georgia 30303                              Darcy Corbitt et al v. Hal Taylor, et al
                                                    Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

☒ Copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒ First Notice of Appeal: Yes ☐   No ☐   Other notices (dates):

☐ Other:

☒ The Judge or Magistrate Judge appealed from is: **JUDGE MYRON H. THOMPSON**

☒ The Court Reporter (s) are: **PATRICIA STARKIE**

☐ A hearing was not held in the case.

☒ An **audio tape** is available for transcription of the court hearing

☒ The appellant DOCKET FEE has been paid: NO ☒   YES ☐   Date paid:

☐ Motion for CERTIFICATE OF APPEALABILITY pending:

☐ Motion for APPOINTMENT OF COUNSEL pending:

☐ Appellant has been Granted ☐ or Denied ☐ IFP [In Forma Pauperis]

☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability

☐ CJA USCA Letter appointing counsel:

☐ Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; __ Supplemental file(s)

☐ ORIGINAL PAPERS:__Volume(s) of pleadings;   ___ Volume(s) of  transcript;  ____ folder of exhibits

☐ This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐ This is a DEATH PENALTY appeal.

                                                    Very truly yours,

                                                    Donna M. Norfleet
                                                    Deputy Clerk