# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith | For rules and forms visit |
|---|---|
| Clerk of Court | www.ca11.uscourts.gov |

November 21, 2024

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 21-10486-GG
Case Style: Darcy Corbitt, et al v. Secretary of the Alabama Law Enforcement Agency, et al
District Court Docket No: 2:18-cv-00091-MHT-SMD

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10486

_____

DARCY CORBITT,
DESTINY CLARK,
JANE DOE,

                                                                    Plaintiffs-Appellees,

JOHN DOE,

                                                                    Plaintiff,

*versus*

SECRETARY OF THE ALABAMA LAW ENFORCEMENT AGENCY,
DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY,
CHIEF OF THE DRIVER LICENSE DIVISION,
DRIVER LICENSE SUPERVISOR IN THE DRIVER LICENSE DIVISION,

                                                                    Defendants-Appellants.

Case 2:18-cv-00091-MHT-SMD   Document 120   Filed 11/21/24   Page 3 of 4
USCA11 Case: 21-10486   Document: 139-2   Date Filed: 11/21/2024   Page: 2 of 2

2                                                                          21-10486

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:18-cv-00091-MHT-SMD

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 20, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  November 21, 2024

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __21-10486__

Darcy Corbitt, et al. _____ vs. _____ Secretary of the Alabama Law Enforcement Agency, et al.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — / — | — | — | — | 500.00 | $500.00 |
| Appellant's Brief | X | 67 | 6 | 402 | 60.30 | $60.30 |
| Appendix | X | 937 | 4 | 3,748 | 562.20 | $562.20 |
| Appellee's Brief |  |  |  |  |  |  |
| Reply Brief | X | 47 | 6 | 282 | 42.30 | $42.30 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  | TOTAL | $1,164.80 REQUESTED | $$1,164.80 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _/s/ Misty S. Fair. Messick_  Date Signed: September 23, 2024

Attorney Name: __Misty S. Fairbanks Messick__   Attorney for: __Secretary of the Alabama Law Enforcement Agency, et al.__

E-mail: __Misty.Messick@AlabamaAG.gov__   Phone: __(334) 353-8674__

Street Address/City/State/Zip: __Office of the Alabama Attorney General, 501 Washington Avenue, Montgomery, Alabama 36104__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$1,164.80__ against __Appellees__

and are payable directly to __Appellants__

David J. Smith, Clerk of Court

Issued on: __ISSUED AS MANDATE: 11/21/2024__ By: __/S/ Tresa A. Raines__ DATE: __9/23/2024__
Deputy Clerk

BOC Rev.: 6/17