IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARCY CORBITT, et al.,      ) | |
|     Plaintiffs,        ) | |
|                           ) | CIVIL ACTION NO. |
|   v.           ) | 2:18cv91-MHT |
|                           ) | (WO) |
| HAL TAYLOR, in his    ) | |
| official capacity as   ) | |
| Secretary of the Alabama ) | |
| Law Enforcement Agency, ) | |
| et al.,         ) | |
|                           ) | |
|     Defendants.      ) | |

**JUDGMENT**

In accordance with the opinion of the Eleventh Circuit Court of Appeals entered on September 20, 2024 (Doc. 119), and the mandate entered on November 21, 2024 (Doc. 120), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The order, decree, and judgment (Doc. 102) entered on January 15, 2021, is vacated.

(2) Judgment is entered in favor of defendants Hal Taylor, Charles Ward, Deena Pregno, and Jeannie Eastman

and against plaintiffs Darcy Corbitt, Destiny Clark, and Jane Doe, with plaintiffs taking nothing by their complaint.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 10th day of December, 2024.

                                                  /s/ Myron H. Thompson
                                             **UNITED STATES DISTRICT JUDGE**